MARC S. HINES (SBN 140065)
mhines@hineshamptonllp.com
BRIAN PELANDA (SBN 278453)
bpelanda@hineshamptonllp.com
**HINES HAMPTON LLP**
34 Executive Park, Suite 260
Irvine, California 92614
Tel.:  (714) 513-1122
Fax:   (714) 242-9529

Attorneys for Defendant AMCO Insurance Company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KIM, an individual; and HELEN KIM, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> AMCO INSURANCE COMPANY; an Iowa corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: <br><br> [Lower Court Case No.: 19STCV12211, Superior Court for the County of Los Angeles] <br><br> **AMCO INSURANCE COMPANY'S NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL** <br><br> [28 U.S.C. §1441(b)] <br> [DIVERSITY 28 U.S.C. §1332] |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**:

Defendant AMCO Insurance Company ("AMCO") hereby gives notice of the removal of this action to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.  In support, AMCO states as follows:

1

## **INTRODUCTION**

2      1.     This action is a civil action on which this Court has original jurisdiction

3   under 28 U.S.C. § 1332, and is one that AMCO may remove to this Court pursuant

4   to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens

5   of different states and the matter in controversy exceeds the sum of $75,000,

6   exclusive of interest and costs.

7      2.     Plaintiffs Peter Kim and Helen Kim ("Plaintiffs") filed a Complaint in

8   this action on April 8, 2019 in the Superior Court of the State of California for the

9   County of Los Angeles entitled *Kim et al. v. AMCO Ins. Co.*, Case No.

10  19STCV12211 (the "State Court Action").

11     3.     On April 11, 2019, Plaintiffs personally served AMCO's registered

12  agent for service of process, Corporation Service Company ("CSC"), with a copy of

13  their Complaint and a Summons from the State Court Action.

14     4.     A copy of CSC's Service of Process Transmittal reflecting the date that

15  the original complaint was served on AMCO is attached hereto as **Exhibit A**.

16     5.     Copies of the Summons and Complaint from the State Court Action

17  that Plaintiffs served AMCO with on April 11th are attached hereto as **Exhibit B**.

18     6.     On May 2, 2019, AMCO filed an Answer in the Superior Court in

19  response to Plaintiffs' Complaint.  A copy of the Answer is attached hereto as

20  **Exhibit C**.

21

## **DIVERSITY OF CITIZENSHIP**

22     7.     Complete diversity of citizenship exists among all Plaintiffs and all

23  Defendants.

24     8.     Plaintiffs specifically allege they are residents of Los Angeles County,

25  California.  (See **Exhibit B**, *Complaint, ¶ 1*.)  A party's residence is "prima facie"

26  evidence of domicile.  State Farm Mut. Auto. Ins. Co. v. Dyer, 19 F.3d 514, 520

27  (10th Cir. 1994).  Accordingly, Plaintiffs' own allegations establish they were, at all

28  material times, citizens of California.

9.     AMCO is, and was when this action was filed, an Iowa insurance company incorporated, organized and existing under the laws of the State of Iowa. (See **Exhibit B**, *Complaint, ¶ 3.*)  AMCO's corporate headquarters and principal office is located at 1100 Locust Street in Des Moines, Iowa.  All of AMCO's directors are located in the State of Ohio.  AMCO's officers direct, control, and coordinate the corporation's activities both from Ohio and Iowa.  As a result, AMCO is a citizen of both Ohio and Iowa.

10.     DOES 1 through 50 in the Complaint are named and sued fictitiously, and their citizenship should be disregarded as a matter of law for purposes of removal on grounds of diversity jurisdiction under 28 U.S.C. §§ 1332 and 1441(a), the latter of which provides that "citizenship of defendants sued under fictitious names should be disregarded."  See also Bryant v. Ford Motor Co., 886 F2d 1526, 1528 (9th Cir. 1989).

11.     Accordingly, AMCO is informed and believes that complete diversity of citizenship with Plaintiffs existed at the time Plaintiffs filed and served it with the Summons and Complaint in the State Court Action, and exists at the present time.

## AMOUNT IN CONTROVERSY

### A.     The Timing for Diversity Removal.

12.     Federal Diversity Jurisdiction exists only where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.  28 U.S.C. § 1332(a).

13.     A defendant generally must file a notice of removal within 30 days after receipt of the first pleading in a state court action that sets forth a removable claim.  28 U.S.C. § 1446(b)(1).

### B.     Summary of Plaintiffs' Allegations.

14.     This case stems from a lawsuit that was filed against Plaintiffs by two people who purchased a home from them in 2017.

AMCO INSURANCE COMPANY'S NOTICE OF REMOVAL

15.     In September 2015, Plaintiffs purchased a home located at 1925 Lombardy Drive in La Canada Flintridge (referred to herein as "the Property"). (See **Exhibit B**, *Complaint, ¶ 8.*)

16.     After purchasing the Property, Plaintiffs purchased homeowners insurance for it from AMCO.  (See **Exhibit B**, *Complaint, ¶¶ 13-14.*)

17.     In November 2017, Plaintiffs sold the Property to Alan Jackson and Lisa Kassabian (referred to herein as "the Jacksons").  (See **Exhibit B**, *Complaint, ¶ 12.*)

18.     In April 2018, the Jacksons made a claim against Plaintiffs, asserting that they had sustained substantial damage to the Property for which Plaintiffs were liable.  (See **Exhibit B**, *Complaint, ¶ 17.*)

19.     In July 2018, the Jacksons filed suit against Plaintiffs in Los Angeles County Superior Court asserting a cause of action for negligence (referred to herein as "the Liability Claim."  (See **Exhibit B**, *Complaint, ¶ 20.*)

20.     Plaintiffs tendered the Liability Claim to AMCO for indemnity and requested a defense.  (See **Exhibit B**, *Complaint, ¶ 23.*)

21.     In September 2018, AMCO denied coverage for the Liability Claim, including a defense.  (See **Exhibit B**, *Complaint, ¶ 25.*)

22.     In February 2019, Plaintiffs participated in a mediation with the Jacksons and settled the Liability Claim for the sum of $95,000.  (See **Exhibit B**, *Complaint, ¶¶ 21-22.*)

23.     In this action, Plaintiffs allege that AMCO wrongfully denied both a defense and coverage for the Liability Action.  (See **Exhibit B**, *Complaint, ¶ 25.*)

24.     Plaintiffs allege that as a result of AMCO's denial of coverage they were "forced to": (A) incur defense fees and costs to defend the Liability Action; and (B) settle the Liability Action for the sum of $95,000.  (See **Exhibit B**, *Complaint, ¶¶ 29-30.*)

AMCO INSURANCE COMPANY'S NOTICE OF REMOVAL

25.   Plaintiffs also allege that as a result of AMCO's coverage denial they have endured substantial stress and have been "forced to retain counsel to obtain the insurance benefits to which [they] were and remain entitled."  (See **Exhibit B**, *Complaint, ¶ 32.*)

26.   Plaintiffs' Complaint pleads causes of action against AMCO for breach of contract, breach of the implied covenant of good faith and fair dealing based upon breach of the duty to defend, and breach of the implied covenant of good faith and fair dealing based upon breach of the duty to settle.  (See **Exhibit B**, *Complaint, ¶¶ 33-51.*)

27.   Plaintiffs seek compensatory damages, attorneys' fees incurred to obtain the insurance benefits to which they claim they are entitled, punitive damages, and the costs of suit.  (See **Exhibit B**, *Complaint, Prayer.*)

**C.**   **The Requisite Amount in Controversy is Satisfied.**

28.   The amount in controversy, for purposes of diversity jurisdiction, is the total "amount at stake in the underlying litigation." Theis Research, Inc. v. Brown & Bain, 400 F.3d 659, 662 (9th Cir. 2005).  "[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." Dart Cherokee Basin Operating Co. v. Owens, --- U.S. ---, ---, 135 S.Ct. 547, 554 (2014).

29.   The allegations set forth above in Paragraph 24 demonstrate that the amount in controversy in this suit exceeds the sum or value of $75,000.  Plaintiffs are seeking recovery of the $95,000 that they claim to have paid to settle the Liability Claim.

**D.**   **Defendant's Notice of Removal is Timely.**

30.   In light of the fact that Plaintiffs' didn't serve AMCO with any papers in this action until April 11, 2019, this Notice of Removal is timely.

AMCO INSURANCE COMPANY'S NOTICE OF REMOVAL

1

## <u>CONCLUSION</u>

2  31. On this date AMCO will serve a true and correct copy of this Notice of

3  Removal on Plaintiffs' counsel, and will file a copy of such Notice with the Clerk of

4  the Superior Court of California for the County of Los Angeles.

5  32. In addition, AMCO will also file a Notice of Stay of Proceedings on

6  this date with the Clerk of the Superior Court of California for the County of Los

7  Angeles, as a result of this Notice of Removal. A true and correct copy of the

8  Notice of Stay of Proceedings is attached hereto as **<u>Exhibit D</u>**.

9  33. Based on the foregoing, AMCO removes the above action now pending

10  in the Superior Court for the State of California, in and for the County of Los

11  Angeles as Case No. 19STCV12211, to the United States District Court for the

12  Central District of California. Defendant demands a trial by jury.

13

14  Dated:  May 3, 2019                    **HINES HAMPTON LLP**

15

16                               By:    /s/ *Brian Pelanda*

17                                      Marc S. Hines
                                        Brian Pelanda
18                                      Attorneys for Defendant
                                        AMCO INSURANCE COMPANY
19

20

21

22

23

24

25

26

27

28

AMCO INSURANCE COMPANY'S NOTICE OF REMOVAL

# EXHIBIT A



**null / ALL**
**Transmittal Number: 19640343**
**Date Processed: 04/12/2019**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | SOP Team nwsop@nationwide.com<br>Nationwide Mutual Insurance Company<br>Three Nationwide Plaza<br>Columbus, OH 43215 |
| **Electronic copy provided to:** | Ashley Roberts |
| **Entity:** | AMCO Insurance Company<br>Entity ID Number  0115190 |
| **Entity Served:** | Amco Insurance Company |
| **Title of Action:** | Peter Kim, Helen Kim vs. Amco Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Los Angeles County Superior Court, CA |
| **Case/Reference No:** | 19STCV12211 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 04/11/2019 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | George Chuang<br>310-414-8888 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**Exhibit A**

# EXHIBIT B

Electronically FILED by Superior Court of California, County of Los Angeles on 04/09/2019 ... Sherri R. Carter, Executive Officer/Clerk of Court, by K. Vargas, Deputy Clerk

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

AMCO INSURANCE COMPANY, an Iowa corporation; and DOES 1 through 50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

PETER KIM, and individual; and HELEN KIM, an individual

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):*

111 N. Hill Street
Los Angeles, CA 90012

**CASE NUMBER:**
*(Número del Caso):*

19STCV12211

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

George Chuang, Esq. - 898 N. Sepulveda Blvd., #325, El Segundo, CA 90245 - Tel: (310) 414-8888

Sherri R. Carter Executive Officer / Clerk of Court

DATE:
*(Fecha)* 04/09/2019

Clerk, by
*(Secretario)* Kristina Vargas , Deputy
*(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* **AMCO Insurance Company, an Iowa Corporation**

   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*

4. ☑ by personal delivery on *(date):* 4/11/19

**SUMMONS**

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov



19STCV12211

Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: William Fahey

Electronically FILED by Superior Court of California, County of Los Angeles on 04/09/2019 12:23 PM Sherri R. Carter, Executive Officer/Clerk of Court, by K. Vargas, Deputy Clerk

George Chuang, Esq., State Bar No. 119614
GEORGE CHUANG & ASSOCIATES, APC
898 N. Pacific Coast Highway, Suite 325
El Segundo, California 90245
Telephone: (310) 414-8888
Facsimile: (310) 414-8890

Attorneys for Plaintiffs,
PETER KIM and HELEN KIM

*George Chuang & Associates, APC*
*898 N. Pacific Coast Hgwy., Suite 325*
*El Segundo, CA 90245*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| PETER KIM, and individual; and HELEN KIM, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 19STCV12211<br><br>Civil – Unlimited Jurisdiction<br><br>COMPLAINT FOR:<br><br>1.  Breach of Contract;<br><br>2.  Breach of the Implied Covenant of Good Faith and Fair Dealing – Duty to Defend; and<br><br>3.  Breach of the Implied Covenant of Good Faith and Fair Dealing – Duty to Settle. |

COMES NOW, plaintiffs PETER KIM and HELEN KIM, and upon information and belief, allege for their complaint as follows:

*Printed On*
*Recycled Paper*

-1-
COMPLAINT

M:\Jackson v. Kim\Kim, et al. v. AMCO\040419CMPLT.docx

**COMMON ALLEGATIONS**

1.   PETER KIM ("PETER") is now, and all times herein mentioned was, an individual residing in the State of California, County of Los Angeles, and a prior owner of the single family residence located at 1925 Lombardy Drive, La Canada Flintridge, California 91011 (the "Property").

2.   HELEN KIM ("HELEN") is PETER's spouse, and is now, and all times herein mentioned was, an individual residing in the State of California, County of Los Angeles.

3.   Plaintiffs (collectively, the "KIM Plaintiffs") are informed and believe, and based thereon allege that defendant AMCO INSURANCE COMPANY ("AMCO") is an Iowa corporation engaged in the business of insurance and, *inter alia*, selling, issuing and/or adjusting claims under policies of homeowners' insurance in the State of California, County of Los Angeles.

4.   The KIM Plaintiffs, at all relevant times herein, insured the Property with defendant AMCO and DOES 1 - 5 under one or more homeowners' insurance policies, which protected plaintiffs against, *inter alia*, third party liability claims for property damage.

5.   The KIM Plaintiffs are informed and believe, and based thereon allege that defendants DOES 1 through 50, and each of them, are corporations, partnerships, and/or other business entities or individuals. The true names and/or identities of these fictitiously named defendants are presently unknown to the KIM Plaintiffs, who therefore sue said defendants by such fictitious names.

6.   The KIM Plaintiffs are informed and believe, and based thereon allege that the DOE defendants are principals, agents, servants and/or employees of the other defendants, and that each was negligent, or in some other actionable manner responsible for the events, happenings and damages alleged herein.

7.   At all times herein mentioned, each of the defendant was the agent, servant, partner, employee and joint venturer of each of the remaining defendants, and was acting within the course and scope of said agency, employment or joint venture.

George Chiang & Associates, APC
898 N. Pacific Coast Hgwy., Suite 325
El Segundo, CA 90245

COMPLAINT

*Printed On Recycled Paper*

M:\Jackson v. Kim\Kim, et al. v. AMCO\040419CMPLT.docx

George Chuang & Associates, APC
898 N. Pacific Coast Hgwy, Suite 325
El Segundo, CA 90245

**The Property**

8.      In or about September, 2015, the KIM Plaintiffs purchased the Property with the intention of relocating from their then residence to the larger home.

9.      The KIM Plaintiffs renovated portions of the Property in anticipating of moving into the Property with HELEN's parents.

10.     PETER performed the renovation work as owner-builder, and performed or supervised and/or caused to be performed or supervised the work on the Property.

11.     Due to a change in plans and circumstances, the KIM Plaintiffs ultimately decided to stay in their current home, and to sell the Property.

12.     On or about November 15, 2017, plaintiffs sold the Property to Alan Jackson and Lisa Kassabian (the "Liability Plaintiffs").

**The Policy**

13.     The KIM Plaintiffs purchased insurance for Property through defendant AMCO.

14.     Accordingly, the KIM Plaintiffs maintained at all times between August 25, 2015 through at least November 16, 2017, one or more homeowners' insurance policies with AMCO for the Property, including Policy No. ADP 0053823613 2 (the "Policy") (a true and correct copy of which is attached as Exhibit "1" hereto).

15.     The Policy afforded, *inter alia*, liability coverage for claims involving the Property for the policy period from August 25, 2017 through August 25, 2018, up to the policy limits of $500,000.

16.     The scope of the liability coverage afforded by Policy is set forth in the insuring clause, which provides:

> **We** pay, up to **our limit**, all sums for which an **insured** is liable by
> law because of **bodily injury** or **property damage** caused by an
> **occurrence** arising out of an **insured premises** or its incidental
> operations.  We will defend a suit seeking damages if the suit
> results from such **bodily injury** or **property damage**. . . .

-3-

COMPLAINT

George Chuang & Associates, APC
898 N. Pacific Coast Hgwy., Suite 325
El Segundo, CA  90245

## The Liability Plaintiffs' Claim

17.    On or about April 13, 2018, the Liability Plaintiffs made a claim against the KIM Plaintiffs, asserting they had sustained substantial property damage for which plaintiffs were responsible (the "Liability Claim").  (A true and correct copy of the Liability Plaintiffs' April 13, 2018 claim is attached hereto as Exhibit "2.")

18.    The Liability Plaintiffs alleged in their claim, among other things, that:

(a)    PETER's actions in connection with the work on the Property caused the property damage at issue;

(b)    Material deficiencies existed in the Property's foundation system and westerly slab;

(c)    As a result of those deficiencies, there was water intrusion into the Property causing damage to the structure, building components and other property in the home; and

(d)    As a further result of the deficiencies, the Liability Plaintiffs lost use of some portions of the Property.

19.    Even though the KIM Plaintiffs disputed the above-referenced claim, the Liability Claim nevertheless asserted a claim against plaintiffs for property damage arising from the property insured by defendant AMCO; as such, it asserted a claim within the scope of the Policy.

20.    On or about July 3, 2018, the Liability Plaintiffs filed suit against the KIM Plaintiffs styled, *Alan Jackson; Lisa Kassabian v. Peter Kim* (EC068617) (the "Liability Action"), alleging a single cause of action for Negligence.  (A true and correct copy of the Complaint in the Liability Action is attached as Exhibit "3" hereto.)

21.    On or about February 22, 2019, as a result of AMCO's denial of coverage (as alleged more fully hereinbelow), the KIM Plaintiffs participated in a mediation in the Liability Action which defendant refused to even attend.

22.    At the mediation in the Liability Action, the KIM Plaintiffs settled the Liability Claim and Action for the total sum of $95,000 to protect their financial interests.

-4-
COMPLAINT

**AMCO's Coverage Denial**

23.     Shortly after receipt of the Liability Claim, the KIM Plaintiffs tendered said claim to AMCO under the Policy for coverage, including defense, as the claim involved property damage arising from the insured property within the scope of defendant's liability coverage.

24.     AMCO knew or should have known that plaintiffs were entitled to a defense, not only of claims actually covered, but of any claims that were merely potentially or possibly covered under the Policy, of which the Liability Claim was one.

25.     Notwithstanding its coverage obligations under the Policy, defendant AMCO, on or about September 4, 2018, wrongfully denied plaintiffs coverage, including defense, for the Liability Claim.

26.     Following defendant's coverage denial, the KIM Plaintiffs requested defendant reconsider its wrongful coverage denial on no less than two occasions.

27.     In response to each of plaintiffs' requests for reconsideration, defendant continued to wrongfully deny and withhold from plaintiffs the coverage and defense to which they were entitled.

28.     As a result of defendants' actions, the KIM Plaintiffs were forced to defend and settle the Liability Claim and Action on their own.

**Plaintiffs' Damages**

29.     As a result of defendants' wrongful denial of coverage, the KIM Plaintiffs were forced to incur defense fees and costs in defending the Liability Action, all in an amount to be proven at trial.

30.     As a further result of defendants' wrongful denial of coverage, the KIM Plaintiffs were forced to settle the Liability Action for the sum of $95,000 to avoid further costs and exposure, and to protect their personal interests.

George Chuang & Associates, APC
898 N. Pacific Coast Hgwy., Suite 325
El Segundo, CA 90245

-5-
COMPLAINT
M:\Jackson v. Kim\Kim, et al. v. AMCO\040419CMPLT.docx

1    31.  As a further result of defendants' wrongful denial of coverage, the KIM

2  Plaintiffs have endured substantial stress, worry, anxiety, sleeplessness and other forms of

3  severe and enduring emotional distress, in an amount to be proven at trial.

4    32.    As a further result of defendants' wrongful denial of coverage, the KIM

5  Plaintiffs were forced to retain counsel to obtain the insurance coverage benefits to which

6  plaintiffs were and remain entitled.

7

8                                           I.

9                        **FIRST CAUSE OF ACTION FOR**

10                          **BREACH OF CONTRACT**

11                   **(Against Defendant AMCO and DOES 1 – 5)**

12    33.    Plaintiffs refer to and incorporate by reference Paragraphs 1 through 32 above,

13  as if set forth in full herein.

14    34.    Defendants issued to plaintiffs the Policy covering the Property, as more fully

15  alleged in Paragraphs (13) – (16) above.

16    35.    At all times herein mentioned, plaintiffs complied with all terms and conditions

17  required of them under the Policy, and performed all obligations on their part to be performed,

18  except for such terms, conditions and/or obligations as were waived or excused by defendants

19  or their actions.

20    36.    The Liability Claim and Action involved claims against the plaintiffs that were

21  covered or potentially covered under the Policy, and as such, defendants were required (a) to

22  defend the KIM Plaintiffs, (b) to evaluate fairly and reasonably settlement opportunities in the

23  Liability Action, and (c) to participate in a reasonable settlement or resolution of the Liability

24  Action.

25    37.    Defendants breached their duties and obligations under the Policy by refusing to

26  defend the KIM Plaintiffs, to participate in the KIM Plaintiffs' defense of the Liability Action,

27  and to settle and/or to participate in the settlement of the Liability Action, or any portion

28  thereof.

George Chuang & Associates, APC
898 N. Pacific Coast Hgwy., Suite 325
El Segundo, CA 90245

George Chuang & Associates, APC
898 N. Pacific Coast Hgwy, Suite 325
El Segundo, CA 90245

1    38.   As a proximate result of defendants' actions, plaintiffs have been damaged, in

2    that among other things, they were required to retain counsel to defend the Liability Claim and

3    Action at substantial personal cost and expense, as alleged in Paragraph (29) above, all in an

4    amount to be proven at trial.

5    39.   As a further direct and proximate result of defendants' actions, plaintiffs have

6    been damaged, in that among other things, they were forced to settle the Liability Claim and

7    Action at substantial cost and expense, as alleged more fully in Paragraphs (21) -- (22) and

8    (30) above.

9

10                                    **II.**

11          <u>**SECOND CAUSE OF ACTION FOR BREACH OF**</u>

12          <u>**THE IMPLIED COVENANT OF GOOD FAITH AND FAIR**</u>

13          <u>**DEALING BASED UPON BREACH OF THE DUTY TO DEFEND**</u>

14                          **(Against All Defendants)**

15    40.   Plaintiffs refer to and incorporate by reference Paragraphs 1-32 above as if set

16    forth in full herein.

17    41.   Defendants owed to plaintiffs, in addition to their express contractual obligations

18    under the Policy, an implied covenant of good faith and fair dealing which required defendants

19    to act reasonably and properly in the handling of the KIM Plaintiffs' claim for insurance

20    benefits, and prohibited defendants from, among other things, (a) engaging in conduct denying

21    plaintiffs the benefits bargained for in the Policy, (b) engaging in unreasonable conduct or

22    undertaking action without proper cause, and (c) placing defendants' own economic interests

23    ahead of their insureds' interests.

24    42.   Defendants breached the implied covenant of good faith and fair dealing in their

25    handling of the KIM Plaintiffs' claim by, *inter alia*, unreasonably and without proper cause:

26          a.   Rejecting plaintiffs' tender of defense without a proper or sufficient

27    factual or other basis for said rejection;

28

1            b.     Failing to promptly and properly investigate plaintiffs' tender of defense,

2   and the bases for the Liability Claim;

3            c.     Refusing to defend or to participate in the defense of the Liability Claim

4   and Action despite not having a reasonable factual or other basis to support their position;

5            d.     Failing to promptly and adequately communicate with plaintiffs with

6   respect to their requests for coverage;

7            e.     Failing to consider and in fact ignoring the evidence available to them in

8   evaluating plaintiffs' requests for coverage, including but not limited to the documentation

9   provided to defendants;

10            f.     Forcing plaintiffs to incur attorneys' fees and to institute litigation to

11   obtain the benefits rightfully due and owing under the Policy; and

12            g.     Otherwise acting in a manner inconsistent with defendants' obligations

13   under the Policy, and their insureds' interests.

14       43.     As a proximate result of defendants' breach of the implied covenant of good

15   faith and fair dealing, plaintiffs have been (a) deprived of the defense benefits to which they

16   were and are entitled under the Policy, (b) forced to incur attorneys' fees and costs in their

17   defense of the Underlying Claims, and (c) forced to retain counsel and incur attorneys' fees

18   and other costs in order to obtain the insurance benefits to which they are entitled, all in an

19   amount to be proven at trial.

20       44.     As a further proximate result of defendants' breach of the implied covenant of

21   good faith and fair dealing, plaintiffs have endured substantial stress, worry, anxiety,

22   sleeplessness and other forms of severe and enduring emotional distress, in an amount to be

23   proven at trial.

24       45.     Plaintiffs are informed and believe, and based thereon allege, that defendant

25   AMCO, knowing full well that plaintiffs expected protection under the Policy for covered or

26   potentially covered claims such as the Liability Claim, knowingly embarked on a malicious

27   and despicable scheme designed to deprive plaintiffs of the benefits to which they were and

28   are entitled by, among other things, falsely and improperly attempting to deny plaintiffs' claim

George Chuang & Associates, APC
898 N. Pacific Coast Hgwy., Suite 325
El Segundo, CA 90245

Printed On
Recycled Paper

M:\Jackson v. Kim\Kim, et al. v. AMCO\040419CMPLT.docx

George Chuang & Associates, APC
898 N. Pacific Coast Hgwy., Suite 325
El Segundo, CA 90245

1   for defense benefits and refusing to meaningfully participate in the settlement of the Liability

2   Claim and Action, all of which were intended and designed to deprive plaintiffs of substantial

3   rights and benefits to which they were entitled, and which did in fact deprive plaintiffs of

4   substantial rights and benefits. As such, plaintiffs allege that they are entitled to an award of

5   punitive and exemplary damages against defendants, in an amount sufficient to make an

6   example of, and to deter, defendants from similar conduct in the future.

7

8   ## III.

9   ## THIRD CAUSE OF ACTION FOR BREACH OF

10   ## THE DUTY OF GOOD FAITH AND FAIR DEALING

11   ## BASED UPON BREACH OF THE DUTY TO SETTLE

12   ### (Against All Defendants)

13   46.   Plaintiffs refer to and incorporate by reference Paragraphs 1-32 above as if set

14   forth in full herein.

15   47.   Defendants, by reason of the Policy and at all times mentioned herein, owed

16   plaintiffs a duty to settle, including a duty to accept reasonable settlement offers or to

17   participate in settlement opportunities up to the policy limits of the Policy, and to evaluate

18   such settlement offers and opportunities without regard to any perceived coverage issues.

19   48.   Defendants breached their duty of settle by, *inter alia*, unreasonably and without

20   proper cause:

21   a.   Refusing to settle or to participate in the settlement of the Liability Claim

22   or Action, or any portion thereof based upon a knowingly erroneous coverage position;

23   b.   Refusing to settle or to participate in the settlement of the Liability Claim

24   or Action, or any portion thereof without any consideration of merits of said claim, and their

25   insureds' financial exposure, thus placing defendants' economic interests ahead of their

26   insureds';

27   c.   Refusing to attend or participate in the mediation in the Liability Action;

28

-9-

COMPLAINT

M:\Jackson v. Kim\Kim, et al. v. AMCO\040419CMPLT.docx

1          d.     Failing to promptly and adequately communicate with plaintiffs with

2    respect to settlement of the Underlying Claim and Action;

3          e.     Failing to consider and in fact ignoring the evidence available to them in

4    evaluating coverage and settlement of the Liability Claim and Action;

5          f.     Forcing plaintiffs to incur attorneys' fees and to institute litigation to

6    obtain the benefits rightfully due and owing under the Policy; and

7          g.     Otherwise acting in a manner inconsistent with defendants' obligations

8    under the Policy, and their insureds' interests.

9          49.    As a proximate result of defendants' breach of their duty to settle and the duty

10   of good faith and fair dealing associated therewith, plaintiffs were forced to (a) fund the

11   settlement of the Underlying Claim and Action, as alleged more fully in Paragraphs (21) – (22)

12   and (30) above, at substantial cost and expense, and (b) retain counsel and incur attorneys'

13   fees and other costs in order to obtain the insurance benefits to which they are entitled, all in

14   an amount to be proven at trial.

15         50.    As a further proximate result of defendants' breach of the implied covenant of

16   good faith and fair dealing, plaintiffs have endured substantial stress, worry, anxiety,

17   sleeplessness and other forms of severe and enduring emotional distress, in an amount to be

18   proven at trial.

19         51.    Plaintiffs are informed and believe, and based thereon allege, that defendant

20   AMCO, knowing full well that plaintiffs expected protection under the Policy for covered or

21   potentially covered claims such as the Liability Claim, knowingly embarked on a malicious

22   and despicable scheme designed to deprive plaintiffs of the benefits to which they were and

23   are entitled by, among other things, falsely and improperly attempting to deny plaintiffs' claim

24   for defense benefits and refusing to meaningfully participate in the settlement of the Liability

25   Claim and Action, all of which were intended and designed to deprive plaintiffs of substantial

26   rights and benefits to which they were entitled, and which did in fact deprive plaintiffs of

27   substantial rights and benefits.  As such, plaintiffs allege that they are entitled to an award of

28

George Chuang & Associates, APC
898 N. Pacific Coast Hgwy., Suite 225
El Segundo, CA 90245

COMPLAINT

M:\Jackson v. Kim\Kim, et al. v. AMCO\040419CMPLT.docx

1    punitive and exemplary damages against defendants, in an amount sufficient to make an

2    example of, and to deter, defendants from similar conduct in the future.

3

4                              **PRAYER OF RELIEF**

5        WHEREFORE, plaintiffs PETER KIM and HELEN KIM pray for judgment as follows:

6        1.      For compensatory damages according to proof;

7        2.      For reasonable attorneys' fees incurred to obtain the insurance benefits to which

8    plaintiffs are entitled;

9        3.      For punitive and exemplary damages;

10       4.      For recoverable costs of suit; and

11       5.      For such other and further relief as this Court may deem just and proper.

12

13   Dated: April 9, 2019                    GEORGE CHUANG & ASSOCIATES,
                                              A Professional Corporation
14

15

16                                           By:
                                                    George Chuang
17                                           Attorneys for Plaintiffs. PETER KIM and
                                             HELEN KIM
18

19

20

21

22

23

24

25

26

27

28

George Chuang & Associates, APC
898 N. Pacific Coast Hgwy, Suite 325
El Segundo, CA  90245

*Printed On*
*Recycled Paper*

                                        -11-
                                      COMPLAINT

M:\Jackson v. Kim\Kim, et al. v. AMCO\040419CMPLT.docx

# EXHIBIT 1

**Nationwide®**
Is on your side

AGENCY - CA - 29459
SUTHERLAND-SCHERFF & ASSOC INS
LA CRESCENTA CA          91214-3412
818-248-2860

AMCO INSURANCE COMPANY
1100 LOCUST ST
DES MOINES, IA
50391-1100

087DF   KIM, PETER
        KIM, HELEN
        2029 VERDUGO BLVD PMB 253
        MONTROSE, CA  91020-1626

**DWELLING FIRE POLICY NUMBER**
ADP 0053823613-2
**ACCOUNT NUMBER**
7295471866

Thank you for continuing your policy with Allied Insurance!  We are pleased to serve your insurance needs and are committed to providing reliable, affordable insurance protection.

**For billing questions or to report a claim. . .** Call *1-800-282-9445* from anywhere in the U.S.

- Monday through Friday          8:00 a.m. - 5:30 p.m. (CST)
- To report a claim, simply call our toll-free number above any day, 24 hours a day.

**Information about your policy . . .**

- **PRIVACY STATEMENT PROCEDURES.  We value you as a customer and respect your right to privacy.  Please see the enclosed Privacy Statement and Procedures Notice directly following this page for additional information.**
- **Special Notices.**  These notices, when included, point out specific items concerning your policy.
- **Coverage and Endorsement Forms.**  Provides policy and coverage information.
- **Billing.**  Any premiums that are unpaid will be billed separately.  Pay from that bill rather than this policy.

JL0303 (08-02) .

DIRECT BILL     0000   17186                                                7295471866    47      25,038

# Allied Insurance Privacy Statement

## Thank you for choosing Allied Insurance

Our privacy statement explains how we collect, use, share, and protect your personal information. So just how do we protect your privacy? In a nutshell, we respect your right to privacy and promise to treat your personal information responsibly. It's as simple as that. Here's how.

## Confidentiality and security

We follow all data security laws. We protect your information by using physical, technical, and procedural safeguards. We limit access to your information to those who need it to do their jobs. Our business partners are legally bound to use your information for permissible purposes.

## Collecting and using your personal information

We collect information about you when you ask about or buy one of our products or services. The information comes from your application, business transactions with us, consumer reports, and publicly available sources. Please know that we only use that information to sell, service, or market products to you.

We may collect the following types of information:
- Name, address, and Social Security number
- Assets and income
- Property address and value
- Account and policy information
- Credit reports and other consumer report information
- Family member and beneficiary information
- Public information

## Sharing your information for business purposes

We share your information with other Nationwide companies and business partners. When you buy a product, we may share your personal information for everyday business purposes. Some examples include mailing your statements or processing transactions that you request. You cannot opt out of these. We also share your information with your agent or producer. They use your personal information to manage your policy or account. We may also share your personal information as federal and state law requires.

## Sharing your information for marketing purposes

We don't sell your information to anyone – period. Because you are a customer of both us and an independent broker or agent, we have chosen not to share your personal information with anyone, except to service your product. So there's no reason for you to opt out. If we change our policy, we'll tell you and give you the opportunity to opt out before we share your information.

## Using your medical information

We sometimes collect medical information. We may use this medical information for a product or service you're interested in, to pay a claim, or to provide a service. We may share this medical information for these business purposes if required or permitted by law. But we wont' use it for marketing purposes unless you give us permission.



## Accessing your Information

You can always ask us for a copy of your personal information. Please send your privacy inquiry to the address below and have your signature notarized. This is for your protection so we may prove your identity. We don't charge a fee for giving you a copy of your information now, but we may charge a small fee in the future.

You can call your agent to change your personal information. But we can't update information that other companies, like credit agencies, provide to us. So you'll need to contact these other companies to change and correct your information.

Send your privacy inquiries to the address below. Please include your name, address, and policy number. If you know it, include your agent's name and number.

> Nationwide Insurance
> Attn: Customer Relations – Privacy
> One Nationwide Plaza, 3-04-101
> Columbus, OH 43215

## A parting word ...

These are our privacy practices. They apply to all current, joint, and former clients of Allied Insurance. They also apply to the affiliates and subsidiaries that offer auto, home, property, life insurance, banking services and investments. This includes the following companies:

Allied Property and Casualty Insurance Company
AMCO Insurance Company
Depositors Insurance Company
Nationwide Mutual Insurance Company
Nationwide Agribusiness Insurance Company
Colonial County Mutual Insurance Company
Nationwide Insurance Company of America
Nationwide Affinity Insurance Company of America
Nationwide Sales Solution, Inc.
Crestbrook Insurance Company
Nationwide Insurance Company of Florida

IN0000 (04-09)
Effective Date: April 20, 2009
Nationwide, the Nationwide N and Eagle and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2015 Nationwide

IN 0100 (01-10)

★ ★ ★ ★ ★ ★ ★ ★     IMPORTANT INSURANCE INFORMATION     ★ ★ ★ ★ ★ ★ ★

## SUMMARY OF RIGHTS

The laws of your state require that we provide you with this important notice regarding your rights in the event of an adverse underwriting decision.

### YOUR RIGHTS FOLLOWING AN ADVERSE UNDERWRITING DECISION

In the event of an adverse underwriting decision, you have certain rights available to you. An adverse underwriting decision may include, but is not limited to:

- A declination of insurance coverage;
- A termination of insurance coverage;
- Failure of an agent to apply for insurance coverage with a specific insurance company which the agent represents and is requested by you;
- Placement with a residual market mechanism, an unauthorized insurer, or an insurance institution which specializes in substandard risks; or
- The charging of a higher rate on the basis of information which differs from that which you furnished us.

You have the right to: 1) request in writing the specific reason(s) for the adverse underwriting decision; 2) request access to your recorded personal information; and 3) request correction, amendment, or deletion of your recorded personal information.

### YOUR RIGHT TO REQUEST THE SPECIFIC REASON(S) FOR AN ADVERSE UNDERWRITING DECISION

You have the right to request in writing the specific reason(s) for an adverse underwriting decision. In addition, you have the right to request specific items of information that support the action and the right to request the names and addresses of the institutional sources that supplied the specific information. However, this right does not extend to information if we have a reasonable suspicion that criminal activity, fraud, material misrepresentation, or material nondisclosure is involved.

To receive this information, please submit a written request within ninety (90) business days from the receipt of this notice. We will respond within twenty-one (21) business days from the receipt of your request. At that time we will furnish you with:

1. the specific reason(s) for the adverse underwriting decision in writing if such information has not already been provided to you;
2. the specific items of personal and privileged information that support the reasons; and
3. the names and addresses of the institutional sources that supplied the specific items of information specified.

### YOUR RIGHT TO REQUEST ACCESS TO YOUR RECORDED PERSONAL INFORMATION

You also have the right to submit a written request for access to your recorded personal information. We may charge a reasonable fee to cover the costs of providing you this information.

Within thirty (30) days of the receipt of your request, we will inform you of the nature and substance of the recorded personal information provided that it is reasonably described and is reasonably locatable and retrievable. You have the right to see and copy the recorded personal information in person or obtain a copy by mail, whichever you prefer.

We will also tell you the identity of the persons or organizations to whom we have disclosed the information in the preceding two (2) years and provide you with a summary of the procedures by which you may request correction, amendment, or deletion of recorded personal information.

ADP 0053823613-2                    INSURED COPY                    0000 17186              47    25,040

IN 0100 (01-10)

## YOUR RIGHT TO REQUEST CORRECTION, AMENDMENT, OR DELETION OF RECORDED PERSONAL INFORMATION

If you disagree with our records, you have the right to request correction, amendment, or deletion of any recorded personal information.

Within thirty (30) business days of receipt of your written request, we will either:

1. correct, amend, or delete the portion of the recorded personal information in dispute; or
2. notify you of our refusal to make the correction, amendment, or deletion, the reasons for the refusal, and your right to file a statement if you disagree.

If we grant your request, we will notify you in writing and furnish the correction, amendment, or fact of deletion to:

1. any person specifically designated by you who may have, within the preceding two (2) years, received the recorded personal information;
2. any insurance support organization if the insurance support organization has systematically received such recorded personal information from us within the preceding seven (7) years; provided, however, that the correction, amendment or fact of deletion need not be furnished if the insurance support organization no longer maintains recorded personal information about you; and
3. any insurance support organization that furnished the personal information that has been corrected, amended or deleted.

If we refuse your request and you are not satisfied, you may send us a concise statement setting forth what you believe is the correct, relevant, or fair information and why you disagree with our refusal to correct, amend, or delete recorded personal information. Your statement will be included with the disputed personal information in our records.

*If you have questions regarding this notice, please contact your company representative or write us at:*

Nationwide Insurance

Attn:  Customer Relations - Summary of Rights

One Nationwide Plaza 3 - 4 - 101

Columbus, OH 43215

IN 2499 (10-08)

★★★★★★   IMPORTANT NOTICE   ★★★★★★

The Coverage A Dwelling limit shown on your declarations page is an estimated replacement cost based on general information about your home.  It is developed from models that use cost of construction materials and labor rates for like homes in the area.  The actual cost to replace your home may be significantly different.  Allied does not guarantee that this figure will represent the actual cost to replace your home.  You are responsible for selecting the appropriate amount of coverage and you may obtain an appraisal or contractor estimate, at your own expense, which Allied will consider and accept, if reasonable.  Higher coverage limits may be selected and will result in higher premiums.

ADP 0053823613-2                         INSURED COPY                    0000 17186              47    25,042

IN 3090 (01-16)

★ ★ ★ ★ ★ ★ ★      **IMPORTANT INSURANCE INFORMATION**      ★ ★ ★ ★ ★ ★ ★

**THIRD PARTY DESIGNATION NOTIFICATION**

Thank you for choosing us to help you protect what's important to you.

California law allows you the right to designate an individual to receive a notice of lapse, termination, expiration, nonrenewal, or cancellation of your policy for nonpayment of premium. An individual designated by you to receive a notice of lapse, termination, expiration, nonrenewal, or cancellation of your policy for nonpayment of premium does not have any rights, whether as an additional insured or otherwise, to any benefits under the policy, other than to receive such notice.

If you have designated an individual to receive such notice, the individual and their address is displayed below.

**What you need to do**
If you wish to add, change or delete a designated person to receive such notice, please contact your agent or member care representative. Contact information can be found on your policy declarations page or cover letter.

**For help when you need it**
Your agent or member care representative can answer any questions you have about this notice or other additional coverage options available to you. We appreciate your business and look forward to continuing to serve you.

IN 3090 (01-16)

Page 1 of 1

# DWELLING POLICY

| AMCO INSURANCE COMPANY<br>1100 LOCUST ST<br>DES MOINES, IA    50391-1100       (800) 282-1446 | POLICY NUMBER:      ADP   0053823613   2<br>ACCOUNT NUMBER: 7295471866 |
|---|---|
| AGENCY    SUTHERLAND-SCHERFF & ASSOC INS<br>29459      LA CRESCENTA CA | Policy Period<br>From:   08/25/2017   To:  08/25/2018<br>12:01 A.M.   Standard Time |

### CONTINUATION DECLARATIONS

| INSURED NAME AND ADDRESS | MORTGAGEE OR OTHER INTEREST |
|---|---|
| KIM, PETER<br>KIM, HELEN<br>2029 VERDUGO BLVD PMB 253<br>MONTROSE, CA                91020-1626 | 09150720          MORTGAGEE<br>EAST WEST BANK, ITS SUCCESSORS<br>&/OR ASSIGNS, LOAN SUPPORT DEP<br>PO BOX 60020<br>CITY OF INDUSTRY, CA           91716-0020 |

| BILLING INFORMATION    TO BE PAID BY NAMED INSURED | PREVIOUS POLICY NUMBER   ADP 0053823613 1 |
|---|---|

DEDUCTIBLE:  In case of loss under this policy, we cover only that part of the loss over the deductible of  $2,500.

| The described residence premises covered hereunder is located at the above address, unless otherwise stated herein. | Location<br>001      1925 LOMBARDY DR<br>LA CANADA FLINTRIDGE, CA        91011-1530 |
|---|---|

This Insurance applies to the Described Location, Coverage for which a Limit of Liability is shown and Perils Insured Against for which a Premium is stated

### COVERAGE AND LIMITS OF LIABILITY

| A. DWELLING | B. OTHER STRUCTURES | | | C. PERSONAL PROPERTY | D. FAIR RENTAL VALUE | E. ADDITIONAL LIVING EXPENSE |
|---|---|---|---|---|---|---|
| | AMT INCL'D AT NO CHG | | | | | |
| $   512,100 | $     51,210 | $ | | $   NONE | $ | $ |

### PERILS INSURED AGAINST AND PREMIUMS

| Fire | Extended Coverage | Vandalism or Malicious Mischief | DP3 | | | |
|---|---|---|---|---|---|---|
| $   410.00 | $     111.00 | $ INCL | $   116.00 | $ | $ | $ |

| ENDORSEMENT | | DESCRIPTION | LIMIT | PREMIUM |
|---|---|---|---|---|
| | | POLICY ENDORSEMENTS | | |
| DP3 | 09/83 | Special Form | | |
| DP300CA | 10/14 | Special Provisions - California | | INCLUDED |
| IN0000 | 04/09 | Privacy Stmt | | INCLUDED |
| IN3090 | 01/16 | Third Party Designee | | INCLUDED |
| IN0100 | 01/10 | Important Notice | | INCLUDED |
| IN2004 | 03/04 | Important Notice | | INCLUDED |
| IN2499 | 10/08 | Important Notice | | INCLUDED |
| IN3001 | 03/91 | Important Notice | | INCLUDED |
| 10783 | 12/88 | Amendment of Conditions | | INCLUDED |
| 10940 | 07/89 | California Guarantee Association | | INCLUDED |
| | | TOTAL POLICY ENDORSEMENTS | | |

| Not a bill. Your bill is sent separately . | TOTAL PREMIUM THIS LOCATION | $ | 766.00 |
|---|---|---|---|
| Effective Date of Change: | (continued) | $ | |
| | TOTAL PREMIUM ALL LOCATIONS | $ | 766.00 |
| | Additional Premium | $ | |
| | Return Premium | $ | |

| This Declarations page replaces all previous Declarations pages for this policy. | AMCO INSURANCE COMPANY |
|---|---|
| | Countersigned by - Authorized Representative |

13042 XE (07-00) 01

# ADDITIONAL DWELLING ENDORSEMENTS

| Company: | AMCO INSURANCE COMPANY | | Policy No: | ADP  0053823613  2 |
| --- | --- | --- | --- | --- |
| | DES MOINES, IA    50391-1100 | (800) 282-1446 | | |

| Agency: | SUTHERLAND-SCHERFF & ASSOC INS | | |
| --- | --- | --- | --- |
| 29459 | LA CRESCENTA CA | | |

| Insured: | KIM, PETER | KIM, HELEN |
| --- | --- | --- |

| Location ID | Described Location: | 1925 LOMBARDY DR | |
| --- | --- | --- | --- |
| 001 | | LA CANADA FLINTRIDGE, CA | 91011-1530 |

| COVERAGES | | DESCRIPTION | LIMIT | PREMIUM |
| --- | --- | --- | --- | --- |
| | | LOCATION ENDORSEMENTS | | |
| 12687 | 01/98 | Additional Insured-Liability | | INCLUDED |
| 13432 | 01/98 | Additional Insured-Property | | INCLUDED |
| 11796 | 08/11 | California Res Prop Ins Disclosure | | INCLUDED |
| 13447 | 03/93 | Lead Poisoning Exclusion-Liab Cov | | INCLUDED |
| 13449 | 05/95 | Inflation Protection | | INCLUDED |
| 438BFUNS | 05/42 | Lenders Loss Payable | | INCLUDED |
| 12680 | 01/98 | Personal Liability Schedule | 500,000 | 43.00 |
| HO277 | 01/79 | Ordinance or Law Coverage | | 64.00 |
| 12567P | 01/07 | Dwelling Replacement Cost | | 7.00 |
| DL2482 | 05/00 | Personal Injury Endorsement | | 15.00 |
| 13410 | 12/86 | Dwelling Liability Coverage - OL&T | | INCLUDED |
| 15363 | 12/01 | Fungi Property | 5,000 | INCLUDED |
| 15367 | 12/01 | Fungi Exclusion - OL&T | | INCLUDED |
| | | TOTAL LOCATION ENDORSEMENTS | | 129.00 |

15070 (01-98)

IN WITNESS WHEREOF, the company listed in the Declarations has caused this policy to be signed by its President and Secretary, and countersigned as may be required on the Declarations page by a duly authorized representative of the company.

**President – Mark Berven**
Nationwide Mutual Insurance Company
Nationwide Mutual Fire Insurance Company
Nationwide Insurance Company of America
Nationwide Assurance Company
AMCO Insurance Company
Depositors Insurance Company
Colonial County Mutual Insurance Company
Nationwide Lloyds by Lone Star General Agency,
Inc., Attorney-in-Fact

**President – Amy Shore**
Nationwide Property and Casualty Insurance
Company

**President – Brad Liggett**
Nationwide Agribusiness Insurance Company

**President – Mark A. Pizzi**
Nationwide General Insurance Company
Nationwide Affinity Insurance Company of America

**President – Jeff Rommel**
ALLIED Property and Casualty Insurance Company

**President – Andrew C. Dickinson**
Nationwide Insurance Company of Florida

**Secretary – Robert W. Horner, III**
ALLIED Property and Casualty Insurance Company
AMCO Insurance Company
Depositors Insurance Company
Nationwide Affinity Insurance Company of America
Nationwide Agribusiness Insurance Company
Nationwide Assurance Company
Nationwide General Insurance Company
Nationwide Insurance Company of America
Nationwide Insurance Company of Florida
Nationwide Mutual Fire Insurance Company
Nationwide Mutual Insurance Company
Nationwide Lloyds by Lone Star General Agency,
Inc., Attorney-in-Fact
Nationwide Property and Casualty Insurance
Company
Colonial County Mutual Insurance Company

Nationwide, the Nationwide framemark, and On Your Side are service marks of Nationwide Mutual Insurance Company.
© 2011 Nationwide Mutual Insurance Company.

11796 (08-11)

## Notice to Consumers - California Residential Property Insurance Disclosure

This disclosure is required by Section 10102 of the California Insurance Code. This form provides general information related to residential property insurance and is not part of your residential property insurance policy. Only the specific provisions of your policy will determine whether a particular loss is covered and the amount payable. The information provided does not preempt existing California law.

### PRIMARY FORMS OF RESIDENTIAL DWELLING COVERAGE

> **You have purchased the coverage(s) checked below. NOTE: Actual Cash Value is the most limited level of coverage listed. Guaranteed Replacement Cost is the broadest level of coverage.**

\_\_\_ **ACTUAL CASH VALUE COVERAGE** pays the costs to repair the damaged dwelling minus a deduction for physical depreciation. If the dwelling is completely destroyed, this coverage pays the fair market value for the dwelling at time of loss. In either case, coverage only pays for costs up to the limits specified in your policy.

\_\_\_ **REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling, without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Coverage only pays for replacement costs up to the limits specified in your policy.

\_X\_ **EXTENDED REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Extended Replacement Cost provides additional coverage above the dwelling limits up to a stated percentage or specific dollar amount. See your policy for the additional coverage that applies.

\_\_\_ **GUARANTEED REPLACEMENT COST COVERAGE** covers the full cost to repair or replace the damaged or destroyed dwelling for a covered peril regardless of the dwelling limits shown on the policy declarations page.

\_X\_ **BUILDING CODE UPGRADE COVERAGE**, also called Ordinance and Law coverage, is an important option that covers additional costs to repair or replace a dwelling to comply with the building codes and zoning laws in effect at the time of loss or rebuilding. These costs may otherwise be excluded by your policy. Meeting current building code requirements can add significant costs to rebuilding your home. Refer to your policy or endorsement for the specific coverage provided and coverage limits that apply.

**READ YOUR POLICY AND POLICY DECLARATIONS PAGE CAREFULLY:** The policy declarations page shows the specific coverage limits you have purchased for your dwelling, personal property, separate structures such as detached garages, and additional living expenses. The actual policy and endorsements provide the details on extensions of coverage, limitations of coverage, and coverage conditions and exclusions. The amount of any claim payment made to you will be reduced by any applicable deductibles shown on your policy declarations page. It is important to take the time to consider whether the limits and limitations of your policy meet your needs. Contact your agent, broker, or insurance company if you have questions about what is covered or if you want to discuss your coverage options.

11796 (08-11)

## INFORMATION YOU SHOULD KNOW ABOUT RESIDENTIAL DWELLING INSURANCE

**AVOID BEING UNDERINSURED:** Insuring your home for less than its replacement cost may result in your having to pay thousands of dollars out of your own pocket to rebuild your home if it is completely destroyed. Contact your agent, broker, or insurance company immediately if you believe your policy limits may be inadequate.

**THE RESIDENTIAL DWELLING COVERAGE LIMIT:** The coverage limits on the dwelling structure should be high enough so you can rebuild your home if it is <u>completely</u> destroyed. Please note: .
- The cost to rebuild your home is almost always different from the market value.
- Dwelling coverage limits do not cover the value of your land.
- The estimate to rebuild your home should be based on construction costs in your area and should be adjusted to account for the features of your home. These features include but are not limited to the square footage, type of foundation, number of stories, and the quality of the materials used for items such as flooring, countertops, windows, cabinetry, lighting and plumbing.
- The cost to rebuild your home should be adjusted each year to account for inflation.
- Coverage limits for contents, separate structures, additional living expenses and debris removal are usually based on a percentage of the limit for the dwelling. If your dwelling limit is too low, these coverage limits may also be too low.

You are encouraged to obtain a current estimate of the cost to rebuild your home from your insurance agent, broker, or insurance company or an independent appraisal from a local contractor, architect, or real estate appraiser. If you do obtain an estimate of replacement value, and wish to change your policy limits, contact your insurance company. While not a guarantee, a current estimate can help protect you against being underinsured.

**DEMAND SURGE:** After a widespread disaster, the cost of construction can increase dramatically as a result of the unusually high demand for contractors, building supplies and construction labor. This effect is known as demand surge. Demand surge can increase the cost of rebuilding your home. Consider increasing your coverage limits or purchasing Extended Replacement Cost coverage to prepare for this possibility.

**CHANGES TO PROPERTY:** Changes to your property may increase its replacement cost. These changes may include the building of additions, customizing your kitchen or bathrooms, or otherwise remodeling your home. Failure to advise your insurance company of any significant changes to your property may result in your home being underinsured.

**EXCLUSIONS:** Not all causes of damage are covered by common homeowners or residential fire policies. You need to read your policy to see what causes of loss or perils are not covered. Coverage for landslide is typically excluded. Some excluded perils such as earthquake or flood can be purchased as an endorsement to your policy or as a separate policy. Contact your agent, broker, or insurance company if you have a concern about any of the exclusions in your policy.

**CONTENTS (PERSONAL PROPERTY) COVERAGE DISCLOSURE:** This disclosure form does not explain the types of contents coverage provided by your policy for items such as your furniture or clothing. Contents may be covered on either an actual cash value or replacement cost basis depending on the contract. Almost all policies include specific dollar limitations on certain property that is particularly valuable such as jewelry, art, or silverware. Contact your agent, broker or insurance company if you have any questions about your contents coverage. You should create a list of all personal property in and around your home. Pictures and video recordings also help you document your property. The list, photos, and video should be stored away from your home.

**CONSUMER ASSISTANCE:** If you have any concerns or questions, contact your agent, broker or insurance company. You are also encouraged to contact the California Department of Insurance consumer information line at (800) 927-HELP (4357), or at www.insurance.ca.gov for free insurance assistance.

11796 (08-11)

ADP 0053823613-2                              INSURED COPY                    0000 17186                   47   25,048

11796 (08-11)

## CALIFORNIA RESIDENTIAL PROPERTY INSURANCE BILL OF RIGHTS

A consumer is entitled to receive information regarding homeowner's insurance.  The following is a limited overview of information that your insurance company can provide:

- The insurance company's customer service telephone number for underwriting, rating, and claims inquiries.
- A written explanation for any cancellation or non-renewal of your policy.
- A copy of the insurance policy.
- An explanation of how your policy limits were established.
- In the event of a claim, an itemized, written scope of loss report prepared by the insurer or its adjustor within a reasonable time period.
- In the event of a claim, a copy of the Unfair Practices Act and, if requested, a copy of the Fair Claims Settlement Practices Regulations.
- In the event of a claim, notification of a consumer's rights with respect to the appraisal process for resolving claims disputes.
- An offer of coverage and premium quote for earthquake coverage, if eligible.

A consumer is also entitled to select a licensed contractor or vendor to repair, replace, or rebuild damaged property covered by the insurance policy.

The information provided herein is not all inclusive and does not negate or preempt existing California law.  If you have any concerns or questions, contact your agent, broker, insurance company, or the California Department of Insurance consumer information line at (800) 927-HELP (4357), or at www.insurance.ca.gov for free insurance assistance.

This insurer reports claim information to one or more claims information databases.  The claim information is used to furnish loss history reports to insurers.  If you are interested in obtaining a report from a claims information database, you may do so by contacting:

Lexis-Nexis Consumer Center
(800) 456-6004
www.consumerdisclosure.com

12680 (01-98)

# PERSONAL LIABILITY SCHEDULE

This endorsement is made part of policy No. _____ ADP _____ 0053823613 ____ 2 _____ of the

__AMCO INSURANCE COMPANY_____ .

The insurance afforded by this endorsement shall apply as indicated below, subject to the terms and conditions of the policy that apply.

| Coverages | Limit of Liability | | Premium |
|---|---|---|---|
| **L** - Personal Liability | $ __500,000__ | each occurrence | $ ____39.00__ |
| **M** - Medical Payments | $ ___1,000__ | each person | $ _____4.00__ |
| | $ __10,000__ | each accident | |
| **N** - Physical Damage to Property | $ _____ | each occurrence | $ _____ |

Insured locations: __001_____

Total  $____43.00____

Includes Copyrighted Material of Insurance Services
Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1988

12680 (01-98)

**Nationwide®**
Is on your side

AGENCY - CA - 29459
SUTHERLAND-SCHERFF & ASSOC INS
LA CRESCENTA CA              91214-3412
818-248-2860

AMCO INSURANCE COMPANY
1100 LOCUST ST
DES MOINES, IA
50391-1100

087DF   KIM, PETER
KIM, HELEN
2029 VERDUGO BLVD PMB 253
MONTROSE, CA  91020-1626

**DWELLING FIRE POLICY NUMBER**
ADP 0053823613-1
**ACCOUNT NUMBER**
7295471866

Thank you for continuing your policy with Allied Insurance! We are pleased to serve your insurance needs and are committed to providing reliable, affordable insurance protection.

For billing questions or to report a claim. . . Call *1-800-282-9445* from anywhere in the U.S.

- Monday through Friday          8:00 a.m. - 5:30 p.m. (CST)
- To report a claim, simply call our toll-free number above any day, 24 hours a day.

Information about your policy . . .

- **PRIVACY STATEMENT PROCEDURES.  We value you as a customer and respect your right to privacy.  Please see the enclosed Privacy Statement and Procedures Notice directly following this page for additional information.**
- **Special Notices.**  These notices, when included, point out specific items concerning your policy.
- **Coverage and Endorsement Forms.**  Provides policy and coverage information.
- **Billing.**  Any premiums that are unpaid will be billed separately.  Pay from that bill rather than this policy.

# Allied Insurance Privacy Statement

**Thank you for choosing Allied Insurance**
Our privacy statement explains how we collect, use, share, and protect your personal information. So just how do we protect your privacy? In a nutshell, we respect your right to privacy and promise to treat your personal information responsibly. It's as simple as that. Here's how.

**Confidentiality and security**
We follow all data security laws. We protect your information by using physical, technical, and procedural safeguards. We limit access to your information to those who need it to do their jobs. Our business partners are legally bound to use your information for permissible purposes.

**Collecting and using your personal information**
We collect information about you when you ask about or buy one of our products or services. The information comes from your application, business transactions with us, consumer reports, and publicly available sources. Please know that we only use that information to sell, service, or market products to you.

We may collect the following types of information:
- Name, address, and Social Security number
- Assets and income
- Property address and value
- Account and policy information
- Credit reports and other consumer report information
- Family member and beneficiary information
- Public information

**Sharing your information for business purposes**
We share your information with other Nationwide companies and business partners. When you buy a product, we may share your personal information for everyday business purposes. Some examples include mailing your statements or processing transactions that you request. You cannot opt out of these. We also share your information with your agent or producer. They use your personal information to manage your policy or account. We may also share your personal information as federal and state law requires.

**Sharing your information for marketing purposes**
We don't sell your information to anyone – period. Because you are a customer of both us and an independent broker or agent, we have chosen not to share your personal information with anyone, except to service your product. So there's no reason for you to opt out. If we change our policy, we'll tell you and give you the opportunity to opt out before we share your information.

**Using your medical information**
We sometimes collect medical information. We may use this medical information for a product or service you're interested in, to pay a claim, or to provide a service. We may share this medical information for these business purposes if required or permitted by law. But we wont' use it for marketing purposes unless you give us permission.



ADP 0053823613-1                    INSURED COPY                    0000 16187                    47   23,786

## Accessing your Information

You can always ask us for a copy of your personal information. Please send your privacy inquiry to the address below and have your signature notarized. This is for your protection so we may prove your identity. We don't charge a fee for giving you a copy of your information now, but we may charge a small fee in the future.

You can call your agent to change your personal information. But we can't update information that other companies, like credit agencies, provide to us. So you'll need to contact these other companies to change and correct your information.

Send your privacy inquiries to the address below. Please include your name, address, and policy number. If you know it, include your agent's name and number.

> Nationwide Insurance
> Attn: Customer Relations – Privacy
> One Nationwide Plaza, 3-04-101
> Columbus, OH 43215

## A parting word ...

These are our privacy practices. They apply to all current, joint, and former clients of Allied Insurance. They also apply to the affiliates and subsidiaries that offer auto, home, property, life insurance, banking services and investments. This includes the following companies:

Allied Property and Casualty Insurance Company
AMCO Insurance Company
Depositors Insurance Company
Nationwide Mutual Insurance Company
Nationwide Agribusiness Insurance Company
Colonial County Mutual Insurance Company
Nationwide Insurance Company of America
Nationwide Affinity Insurance Company of America
Nationwide Sales Solution, Inc.
Crestbrook Insurance Company
Nationwide Insurance Company of Florida

IN0000 (04-09)
Effective Date: April 20, 2009
Nationwide, the Nationwide N and Eagle and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2015 Nationwide

ADP 0053823613-1                    INSURED COPY                    0000 16187                    47    23,788

IN 0100 (01-10)

★★★★★★★★  IMPORTANT INSURANCE INFORMATION  ★★★★★★★

## SUMMARY OF RIGHTS

The laws of your state require that we provide you with this important notice regarding your rights in the event of an adverse underwriting decision.

### YOUR RIGHTS FOLLOWING AN ADVERSE UNDERWRITING DECISION

In the event of an adverse underwriting decision, you have certain rights available to you. An adverse underwriting decision may include, but is not limited to:

- A declination of insurance coverage;
- A termination of insurance coverage;
- Failure of an agent to apply for insurance coverage with a specific insurance company which the agent represents and is requested by you;
- Placement with a residual market mechanism, an unauthorized insurer, or an insurance institution which specializes in substandard risks; or
- The charging of a higher rate on the basis of information which differs from that which you furnished us.

You have the right to: 1) request in writing the specific reason(s) for the adverse underwriting decision; 2) request access to your recorded personal information; and 3) request correction, amendment, or deletion of your recorded personal information.

### YOUR RIGHT TO REQUEST THE SPECIFIC REASON(S) FOR AN ADVERSE UNDERWRITING DECISION

You have the right to request in writing the specific reason(s) for an adverse underwriting decision. In addition, you have the right to request specific items of information that support the action and the right to request the names and addresses of the institutional sources that supplied the specific information. However, this right does not extend to information if we have a reasonable suspicion that criminal activity, fraud, material misrepresentation, or material nondisclosure is involved.

To receive this information, please submit a written request within ninety (90) business days from the receipt of this notice. We will respond within twenty-one (21) business days from the receipt of your request. At that time we will furnish you with:

1. the specific reason(s) for the adverse underwriting decision in writing if such information has not already been provided to you;
2. the specific items of personal and privileged information that support the reasons; and
3. the names and addresses of the institutional sources that supplied the specific items of information specified.

### YOUR RIGHT TO REQUEST ACCESS TO YOUR RECORDED PERSONAL INFORMATION

You also have the right to submit a written request for access to your recorded personal information. We may charge a reasonable fee to cover the costs of providing you this information.

Within thirty (30) days of the receipt of your request, we will inform you of the nature and substance of the recorded personal information provided that it is reasonably described and is reasonably locatable and retrievable. You have the right to see and copy the recorded personal information in person or obtain a copy by mail, whichever you prefer.

We will also tell you the identity of the persons or organizations to whom we have disclosed the information in the preceding two (2) years and provide you with a summary of the procedures by which you may request correction, amendment, or deletion of recorded personal information.

IN 0100 (01-10)

## YOUR RIGHT TO REQUEST CORRECTION, AMENDMENT, OR DELETION OF RECORDED PERSONAL INFORMATION

If you disagree with our records, you have the right to request correction, amendment, or deletion of any recorded personal information.

Within thirty (30) business days of receipt of your written request, we will either:

1. correct, amend, or delete the portion of the recorded personal information in dispute; or
2. notify you of our refusal to make the correction, amendment, or deletion, the reasons for the refusal, and your right to file a statement if you disagree.

If we grant your request, we will notify you in writing and furnish the correction, amendment, or fact of deletion to:

1. any person specifically designated by you who may have, within the preceding two (2) years, received the recorded personal information;
2. any insurance support organization if the insurance support organization has systematically received such recorded personal information from us within the preceding seven (7) years; provided, however, that the correction, amendment or fact of deletion need not be furnished if the insurance support organization no longer maintains recorded personal information about you; and
3. any insurance support organization that furnished the personal information that has been corrected, amended or deleted.

If we refuse your request and you are not satisfied, you may send us a concise statement setting forth what you believe is the correct, relevant, or fair information and why you disagree with our refusal to correct, amend, or delete recorded personal information. Your statement will be included with the disputed personal information in our records.

*If you have questions regarding this notice, please contact your company representative or write us at:*

Nationwide Insurance

Attn:  Customer Relations - Summary of Rights

One Nationwide Plaza 3 - 4 - 101

Columbus, OH 43215

IN 2499 (10-08)

★ ★ ★ ★ ★ ★   **IMPORTANT NOTICE**   ★ ★ ★ ★ ★ ★

The Coverage A Dwelling limit shown on your declarations page is an estimated replacement cost based on general information about your home.  It is developed from models that use cost of construction materials and labor rates for like homes in the area.  The actual cost to replace your home may be significantly different.  Allied does not guarantee that this figure will represent the actual cost to replace your home.  You are responsible for selecting the appropriate amount of coverage and you may obtain an appraisal or contractor estimate, at your own expense, which Allied will consider and accept, if reasonable.  Higher coverage limits may be selected and will result in higher premiums.

IN 3026 (01-04)

★★★★★★   IMPORTANT INSURANCE INFORMATION   ★★★★★★

### Special Provisions Revision

Please be advised that on the Special Provisions endorsement, revisions have been made to the **DP 2** and **DP 3** contracts, under **COVERAGES, OTHER COVERAGES**, Item **8. Lawns, Plants, Shrubs and Trees**. These revisions clarify that we will pay up to 5% of the Coverage A limit of liability or $10,000, whichever is less, for loss to lawns, plants, shrubs or trees on the Described Location, and state that there is no coverage for plants, shrubs or trees that are part of, or a continuation of, a forest including national forest or wildlife preserve.

For all contracts, under **CONDITIONS**, Item **17. Cancellation b. 2)** has been revised to state that we will not cancel this policy when it has been in effect for less than 60 days and is not a renewal with us without giving you 20 days notice.

IN 3090 (01-16)

★ ★ ★ ★ ★ ★ ★     **IMPORTANT INSURANCE INFORMATION**     ★ ★ ★ ★ ★ ★ ★

**THIRD PARTY DESIGNATION NOTIFICATION**

Thank you for choosing us to help you protect what's important to you.

California law allows you the right to designate an individual to receive a notice of lapse, termination, expiration, nonrenewal, or cancellation of your policy for nonpayment of premium. An individual designated by you to receive a notice of lapse, termination, expiration, nonrenewal, or cancellation of your policy for nonpayment of premium does not have any rights, whether as an additional insured or otherwise, to any benefits under the policy, other than to receive such notice.

If you have designated an individual to receive such notice, the individual and their address is displayed below.

**What you need to do**
If you wish to add, change or delete a designated person to receive such notice, please contact your agent or member care representative. Contact information can be found on your policy declarations page or cover letter.

**For help when you need it**
Your agent or member care representative can answer any questions you have about this notice or other additional coverage options available to you.  We appreciate your business and look forward to continuing to serve you.

# DWELLING POLICY

AMCO INSURANCE COMPANY
1100 LOCUST ST
DES MOINES, IA   50391-1100   (800) 282-1446

| AGENCY | SUTHERLAND-SCHERFF & ASSOC INS |
|---|---|
| 29459 | LA CRESCENTA CA |

| POLICY NUMBER:   ADP   0053823613   1 |
|---|
| ACCOUNT NUMBER: 7295471866 |

| Policy Period |
|---|
| From:  08/25/2016    To:  08/25/2017 |
| 12:01 A.M.  Standard Time |

## CONTINUATION DECLARATIONS

| INSURED NAME AND ADDRESS | MORTGAGEE OR OTHER INTEREST |
|---|---|
| KIM, PETER<br>KIM, HELEN<br>2029 VERDUGO BLVD PMB 253<br>MONTROSE, CA            91020-1626 | 09150720           MORTGAGEE<br>EAST WEST BANK, ITS SUCCESSORS<br>&/OR ASSIGNS, LOAN SUPPORT DEP<br>PO BOX 60020<br>CITY OF INDUSTRY, CA        91716-0020 |

| BILLING INFORMATION      TO BE PAID BY NAMED INSURED | PREVIOUS POLICY NUMBER    ADP 0053823613 0 |
|---|---|

DEDUCTIBLE:  In case of loss under this policy, we cover only that part of the loss over the deductible of  $2,500.

| The described residence premises covered hereunder is located at the above address, unless otherwise stated herein. | Location |
|---|---|
| | 1925 LOMBARDY DR |
| | 001    LA CANADA FLINTRIDGE, CA        91011-1530 |

This insurance applies to the Described Location, Coverage for which a Limit of Liability is shown and Perils Insured Against for which a Premium is stated

## COVERAGE AND LIMITS OF LIABILITY

| A. DWELLING | B. OTHER STRUCTURES | | C. PERSONAL PROPERTY | D. FAIR RENTAL VALUE | E. ADDITIONAL LIVING EXPENSE |
|---|---|---|---|---|---|
| | AMT INCL'D AT NO CHG | | | | |
| $    504,800 | $    50,480 | $ | $   NONE | $ | $ |

## PERILS INSURED AGAINST AND PREMIUMS

| Fire | Extended Coverage | Vandalism or Malicious Mischief | DP3 | | | |
|---|---|---|---|---|---|---|
| $   405.00 | $   109.00 | $ INCL | $     114.00 | $ | $ | $ |

| ENDORSEMENT | | DESCRIPTION | LIMIT | PREMIUM |
|---|---|---|---|---|
| | | POLICY ENDORSEMENTS | | |
| DP3 | 09/83 | Special Form | | INCLUDED |
| DP300CA | 10/14 | Special Provisions - California | | INCLUDED |
| IN0000 | 04/09 | Privacy Stmt | | INCLUDED |
| IN0100 | 01/10 | Important Notice | | INCLUDED |
| IN2004 | 03/04 | Important Notice | | INCLUDED |
| IN2499 | 10/08 | Important Notice | | INCLUDED |
| IN3001 | 03/91 | Important Notice | | INCLUDED |
| 10783 | 12/88 | Amendment of Conditions | | INCLUDED |
| 10940 | 07/89 | California Guarantee Association | | INCLUDED |
| IN3026 | 01/04 | Important Notice | | INCLUDED |
| | | (continued) | | |

| Not a bill. Your bill is sent separately . | TOTAL PREMIUM THIS LOCATION | $ | 756.00 |
|---|---|---|---|
| Effective Date of Change: | | $ | |
| | TOTAL PREMIUM ALL LOCATIONS | $ | 756.00 |
| | Additional Premium | $ | |
| | Return Premium | $ | |

| This Declarations page replaces all previous Declarations pages for this policy. | AMCO INSURANCE COMPANY |
|---|---|
| | Countersigned by - Authorized Representative |

13042 EX (02-07) 01

## ADDITIONAL DWELLING ENDORSEMENTS

| Company: | AMCO INSURANCE COMPANY | | Policy No: | ADP  0053823613 | 1 |
|---|---|---|---|---|---|
| | DES MOINES, IA      50391-1100 | (800) 282-1446 | | | |
| Agency: | SUTHERLAND-SCHERFF & ASSOC INS | | | | |
| 29459 | LA CRESCENTA CA | | | | |
| Insured: | KIM, PETER | KIM, HELEN | | | |
| Location ID | Described Location:   1925 LOMBARDY DR | | | | |
| 001 | LA CANADA FLINTRIDGE, CA | | 91011-1530 | | |

| COVERAGES | | DESCRIPTION | LIMIT | PREMIUM |
|---|---|---|---|---|
| IN3090 | 0116 | Important Notice | | INCLUDED |
| | | TOTAL POLICY ENDORSEMENTS | | |
| | | | | |
| | | LOCATION ENDORSEMENTS | | |
| 12687 | 01/98 | Additional Insured-Liability | | INCLUDED |
| 13432 | 01/98 | Additional Insured-Property | | INCLUDED |
| 11796 | 08/11 | California Res Prop Ins Disclosure | | INCLUDED |
| 13447 | 03/93 | Lead Poisoning Exclusion-Liab Cov | | INCLUDED |
| 13449 | 05/95 | Inflation Protection | | INCLUDED |
| 438BFUNS | 05/42 | Lenders Loss Payable | | INCLUDED |
| 12680 | 01/98 | Personal Liability Schedule | 500,000 | 43.00 |
| HO277 | 01/79 | Ordinance or Law Coverage | | 63.00 |
| 12567P | 01/07 | Dwelling Replacement Cost | | 7.00 |
| DL2482 | 05/00 | Personal Injury Endorsement | | 15.00 |
| 13410 | 12/86 | Dwelling Liability Coverage - OL&T | | INCLUDED |
| 15363 | 12/01 | Fungi Property | 5,000 | INCLUDED |
| 15367 | 12/01 | Fungi Exclusion - OL&T | | INCLUDED |
| | | TOTAL LOCATION ENDORSEMENTS | | 128.00 |

15070 (01-98)

IN WITNESS WHEREOF, the company listed in the Declarations has caused this policy to be signed by its President and Secretary, and countersigned as may be required on the Declarations page by a duly authorized representative of the company.

*Mark Berven*

**President – Mark Berven**
Nationwide Mutual Insurance Company
Nationwide Mutual Fire Insurance Company
Nationwide Insurance Company of America
Nationwide Assurance Company
AMCO Insurance Company
Depositors Insurance Company
Colonial County Mutual Insurance Company
Nationwide Lloyds by Lone Star General Agency,
Inc., Attorney-in-Fact

*Amy Shore*

**President – Amy Shore**
Nationwide Property and Casualty Insurance
Company

*Brad R. Liggett*

**President – Brad Liggett**
Nationwide Agribusiness Insurance Company

*Mark A. Pizzi*

**President – Mark A. Pizzi**
Nationwide General Insurance Company
Nationwide Affinity Insurance Company of America

*Jeff M. Rommel*

**President – Jeff Rommel**
ALLIED Property and Casualty Insurance Company

*Andrew C. Dickinson*

**President – Andrew C. Dickinson**
Nationwide Insurance Company of Florida

*Robert W. Horner III*

**Secretary – Robert W. Horner, III**
ALLIED Property and Casualty Insurance Company
AMCO Insurance Company
Depositors Insurance Company
Nationwide Affinity Insurance Company of America
Nationwide Agribusiness Insurance Company
Nationwide Assurance Company
Nationwide General Insurance Company
Nationwide Insurance Company of America
Nationwide Insurance Company of Florida
Nationwide Mutual Fire Insurance Company
Nationwide Mutual Insurance Company
Nationwide Lloyds by Lone Star General Agency,
Inc., Attorney-in-Fact
Nationwide Property and Casualty Insurance
Company
Colonial County Mutual Insurance Company

Nationwide, the Nationwide framemark, and On Your Side are service marks of Nationwide Mutual Insurance Company.
© 2011 Nationwide Mutual Insurance Company.

13402A (11-11) 01                                                                              **Page 1 of 1**

ADP 0053823613-1          0000   16187              INSURED COPY                    47   23797

11796 (08-11)

## Notice to Consumers - California Residential Property Insurance Disclosure

This disclosure is required by Section 10102 of the California Insurance Code. This form provides general information related to residential property insurance and is not part of your residential property insurance policy. Only the specific provisions of your policy will determine whether a particular loss is covered and the amount payable. The information provided does not preempt existing California law.

### PRIMARY FORMS OF RESIDENTIAL DWELLING COVERAGE

> **You have purchased the coverage(s) checked below. NOTE: Actual Cash Value is the most limited level of coverage listed. Guaranteed Replacement Cost is the broadest level of coverage.**

___ **ACTUAL CASH VALUE COVERAGE** pays the costs to repair the damaged dwelling minus a deduction for physical depreciation. If the dwelling is completely destroyed, this coverage pays the fair market value for the dwelling at time of loss. In either case, coverage only pays for costs up to the limits specified in your policy.

___ **REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling, without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Coverage only pays for replacement costs up to the limits specified in your policy.

_X_ **EXTENDED REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Extended Replacement Cost provides additional coverage above the dwelling limits up to a stated percentage or specific dollar amount. See your policy for the additional coverage that applies.

___ **GUARANTEED REPLACEMENT COST COVERAGE** covers the full cost to repair or replace the damaged or destroyed dwelling for a covered peril regardless of the dwelling limits shown on the policy declarations page.

_X_ **BUILDING CODE UPGRADE COVERAGE,** also called Ordinance and Law coverage, is an important option that covers additional costs to repair or replace a dwelling to comply with the building codes and zoning laws in effect at the time of loss or rebuilding. These costs may otherwise be excluded by your policy. Meeting current building code requirements can add significant costs to rebuilding your home. Refer to your policy or endorsement for the specific coverage provided and coverage limits that apply.

**READ YOUR POLICY AND POLICY DECLARATIONS PAGE CAREFULLY:** The policy declarations page shows the specific coverage limits you have purchased for your dwelling, personal property, separate structures such as detached garages, and additional living expenses. The actual policy and endorsements provide the details on extensions of coverage, limitations of coverage, and coverage conditions and exclusions. The amount of any claim payment made to you will be reduced by any applicable deductibles shown on your policy declarations page. It is important to take the time to consider whether the limits and limitations of your policy meet your needs. Contact your agent, broker, or insurance company if you have questions about what is covered or if you want to discuss your coverage options.

11796 (08-11)

## INFORMATION YOU SHOULD KNOW ABOUT RESIDENTIAL DWELLING INSURANCE

**AVOID BEING UNDERINSURED:** Insuring your home for less than its replacement cost may result in your having to pay thousands of dollars out of your own pocket to rebuild your home if it is completely destroyed. Contact your agent, broker, or insurance company immediately if you believe your policy limits may be inadequate.

**THE RESIDENTIAL DWELLING COVERAGE LIMIT:** The coverage limits on the dwelling structure should be high enough so you can rebuild your home if it is completely destroyed. Please note:
- The cost to rebuild your home is almost always different from the market value.
- Dwelling coverage limits do not cover the value of your land.
- The estimate to rebuild your home should be based on construction costs in your area and should be adjusted to account for the features of your home. These features include but are not limited to the square footage, type of foundation, number of stories, and the quality of the materials used for items such as flooring, countertops, windows, cabinetry, lighting and plumbing.
- The cost to rebuild your home should be adjusted each year to account for inflation.
- Coverage limits for contents, separate structures, additional living expenses and debris removal are usually based on a percentage of the limit for the dwelling. If your dwelling limit is too low, these coverage limits may also be too low.

You are encouraged to obtain a current estimate of the cost to rebuild your home from your insurance agent, broker, or insurance company or an independent appraisal from a local contractor, architect, or real estate appraiser. If you do obtain an estimate of replacement value, and wish to change your policy limits, contact your insurance company. While not a guarantee, a current estimate can help protect you against being underinsured.

**DEMAND SURGE:** After a widespread disaster, the cost of construction can increase dramatically as a result of the unusually high demand for contractors, building supplies and construction labor. This effect is known as demand surge. Demand surge can increase the cost of rebuilding your home. Consider increasing your coverage limits or purchasing Extended Replacement Cost coverage to prepare for this possibility.

**CHANGES TO PROPERTY:** Changes to your property may increase its replacement cost. These changes may include the building of additions, customizing your kitchen or bathrooms, or otherwise remodeling your home. Failure to advise your insurance company of any significant changes to your property may result in your home being underinsured.

**EXCLUSIONS:** Not all causes of damage are covered by common homeowners or residential fire policies. You need to read your policy to see what causes of loss or perils are not covered. Coverage for landslide is typically excluded. Some excluded perils such as earthquake or flood can be purchased as an endorsement to your policy or as a separate policy. Contact your agent, broker, or insurance company if you have a concern about any of the exclusions in your policy.

**CONTENTS (PERSONAL PROPERTY) COVERAGE DISCLOSURE:** This disclosure form does not explain the types of contents coverage provided by your policy for items such as your furniture or clothing. Contents may be covered on either an actual cash value or replacement cost basis depending on the contract. Almost all policies include specific dollar limitations on certain property that is particularly valuable such as jewelry, art, or silverware. Contact your agent, broker or insurance company if you have any questions about your contents coverage. You should create a list of all personal property in and around your home. Pictures and video recordings also help you document your property. The list, photos, and video should be stored away from your home.

**CONSUMER ASSISTANCE:** If you have any concerns or questions, contact your agent, broker or insurance company. You are also encouraged to contact the California Department of Insurance consumer information line at (800) 927-HELP (4357), or at www.insurance.ca.gov for free insurance assistance.

11796 (08-11)

ADP 0053823613-1                    INSURED COPY              0000 16187              47   23,798

11796 (08-11)

## CALIFORNIA RESIDENTIAL PROPERTY INSURANCE BILL OF RIGHTS

A consumer is entitled to receive information regarding homeowner's insurance. The following is a limited overview of information that your insurance company can provide:

- The insurance company's customer service telephone number for underwriting, rating, and claims inquiries.
- A written explanation for any cancellation or non-renewal of your policy.
- A copy of the insurance policy.
- An explanation of how your policy limits were established.
- In the event of a claim, an itemized, written scope of loss report prepared by the insurer or its adjustor within a reasonable time period.
- In the event of a claim, a copy of the Unfair Practices Act and, if requested, a copy of the Fair Claims Settlement Practices Regulations.
- In the event of a claim, notification of a consumer's rights with respect to the appraisal process for resolving claims disputes.
- An offer of coverage and premium quote for earthquake coverage, if eligible.

A consumer is also entitled to select a licensed contractor or vendor to repair, replace, or rebuild damaged property covered by the insurance policy.

The information provided herein is not all inclusive and does not negate or preempt existing California law. If you have any concerns or questions, contact your agent, broker, insurance company, or the California Department of Insurance consumer information line at (800) 927-HELP (4357), or at www.insurance.ca.gov for free insurance assistance.

This insurer reports claim information to one or more claims information databases. The claim information is used to furnish loss history reports to insurers. If you are interested in obtaining a report from a claims information database, you may do so by contacting:

Lexis-Nexis Consumer Center
(800) 456-6004
www.consumerdisclosure.com

11796 (08-11)

Page 3 of 3

12680 (01-98)

# PERSONAL LIABILITY SCHEDULE

This endorsement is made part of policy No. _____ **ADP** _____ **0053823613** _____ **1** _____ of the

**AMCO INSURANCE COMPANY** _____ .

The insurance afforded by this endorsement shall apply as indicated below, subject to the terms and conditions of the policy that apply.

| Coverages | Limit of Liability | | Premium |
|---|---|---|---|
| L - Personal Liability | $ **500,000** | each occurrence | $ **39.00** |
| M - Medical Payments | $ **1,000** | each person | $ **4.00** |
| | $ **10,000** | each accident | |
| N - Physical Damage to Property | $ _____ | each occurrence | $ _____ |

Insured locations: **001** _____

Total  $ **43.00**

Includes Copyrighted Material of Insurance Services
Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1988

12680 (01-98)

0000  16187                    INSURED COPY                    47                    23,800

39
KIM, PETER
KIM, HELEN
2029 VERDUGO BLVD PMB 253
MONTROSE, CA  91020-1626

# Your Dwelling Fire Insurance Policy

## Courtesy of:

SUTHERLAND-SCHERFF & ASSOC INS
LA CRESCENTA CA            91214-3412
818-248-2860
AGENCY - 84 - 29459

Policy #  ADP 0053823613-0



# Allied
## Insurance
a Nationwide Insurance® company

**AGENCY - 84 - 29459**
SUTHERLAND-SCHERFF & ASSOC INS
LA CRESCENTA CA          91214-3412
818-248-2860

AMCO INSURANCE COMPANY
1100 LOCUST ST
DES MOINES, IA
50391-1100

087DF   KIM, PETER
        KIM, HELEN
        2029 VERDUGO BLVD PMB 253
        MONTROSE, CA  91020-1626

**DWELLING FIRE POLICY NUMBER**
ADP 0053823613-0
**ACCOUNT NUMBER**

**Thank you for selecting Allied Insurance for your insurance needs!**

Allied is committed to providing you high quality insurance protection along with Premier Service - our pledge to provide superior customer service. You can also count on Allied for a full range of personal insurance needs: automobile, homeowners, recreational vehicles, rental properties, personal umbrella liability and boat insurance.

For more than 70 years, Allied has provided reliable, affordable personal insurance protection. We have a long-standing history of excellent value and service - a tradition you can count on. Allied is rated "A+" (Superior) by A.M. Best Company, an independent insurance rating organization.

If you have any questions or changes regarding your policy or want to find out how we can further serve your personal insurance needs, contact your Allied agent.

**For billing questions or to report a claim . . . .** Call **1-800-282-9445** from anywhere in the U.S.

- Monday through Friday  8:00 a.m. - 5:30 p.m. (CST)
- To report a claim, simply call our toll-free number above any day, 24 hours a day.

**Information about your policy. . . .**

- **PRIVACY STATEMENT PROCEDURES. We value you as a customer and respect your right to privacy. Please see the enclosed Privacy Statement and Procedures Notice directly following this page for additional information.**
- **Special Notices.** These notices, when included, point out specific items concerning your policy.
- **Coverage and Endorsement Forms.** Provides policy and coverage information.
- **Billing.** Any premiums that are unpaid will be billed separately.  Pay from that bill rather than this policy.

# Allied Insurance Privacy Statement

**Thank you for choosing Allied Insurance**
Our privacy statement explains how we collect, use, share, and protect your personal information. So just how do we protect your privacy? In a nutshell, we respect your right to privacy and promise to treat your personal information responsibly. It's as simple as that. Here's how.

**Confidentiality and security**
We follow all data security laws. We protect your information by using physical, technical, and procedural safeguards. We limit access to your information to those who need it to do their jobs. Our business partners are legally bound to use your information for permissible purposes.

**Collecting and using your personal information**
We collect information about you when you ask about or buy one of our products or services. The information comes from your application, business transactions with us, consumer reports, and publicly available sources. Please know that we only use that information to sell, service, or market products to you.

We may collect the following types of information:
- Name, address, and Social Security number
- Assets and income
- Property address and value
- Account and policy information
- Credit reports and other consumer report information
- Family member and beneficiary information
- Public information

**Sharing your information for business purposes**
We share your information with other Nationwide companies and business partners. When you buy a product, we may share your personal information for everyday business purposes. Some examples include mailing your statements or processing transactions that you request. You cannot opt out of these. We also share your information with your agent or producer. They use your personal information to manage your policy or account. We may also share your personal information as federal and state law requires.

**Sharing your information for marketing purposes**
We don't sell your information to anyone – period. Because you are a customer of both us and an independent broker or agent, we have chosen not to share your personal information with anyone, except to service your product. So there's no reason for you to opt out. If we change our policy, we'll tell you and give you the opportunity to opt out before we share your information.

**Using your medical information**
We sometimes collect medical information. We may use this medical information for a product or service you're interested in, to pay a claim, or to provide a service. We may share this medical information for these business purposes if required or permitted by law. But we won't use it for marketing purposes unless you give us permission.



Allied
Insurance
a Nationwide® company
On Your Side®

**Accessing your information**
You can always ask us for a copy of your personal information. Please send your privacy inquiry to the address below and have your signature notarized. This is for your protection so we may prove your identity. We don't charge a fee for giving you a copy of your information now, but we may charge a small fee in the future.

You can call your agent to change your personal information. But we can't update information that other companies, like credit agencies, provide to us. So you'll need to contact these other companies to change and correct your information.

Send your privacy inquiries to the address below. Please include your name, address, and policy number. If you know it, include your agent's name and number.

> Nationwide Insurance
> Attn: Customer Relations - Privacy
> One Nationwide Plaza, 3-04-101
> Columbus, OH 43215

**A parting word ...**
These are our privacy practices. They apply to all current, joint, and former clients of Allied Insurance. They also apply to the affiliates and subsidiaries that offer auto, home, property, life insurance, banking services and investments. This includes the following companies:

Allied Property and Casualty Insurance Company
AMCO Insurance Company
Depositors Insurance Company
Nationwide Mutual Insurance Company
Nationwide Agribusiness Insurance Company
Colonial County Mutual Insurance Company
Nationwide Insurance Company of America
Nationwide Affinity Insurance Company of America
Nationwide Sales Solution, Inc.
Crestbrook Insurance Company
Nationwide Insurance Company of Florida

Nationwide, the framemark, and On Your Side are service marks of Nationwide Mutual Insurance Company. © 2009 Nationwide Mutual Insurance Company.

IN0000 (04-09)
Effective Date April 20, 2009
ADP 0053823613-0               INSURED COPY              I9Z8 15238              78    4,974

IN 0100 (01-10)

★ ★ ★ ★ ★ ★ ★ ★     IMPORTANT INSURANCE INFORMATION     ★ ★ ★ ★ ★ ★

## SUMMARY OF RIGHTS

The laws of your state require that we provide you with this important notice regarding your rights in the event of an adverse underwriting decision.

### YOUR RIGHTS FOLLOWING AN ADVERSE UNDERWRITING DECISION

In the event of an adverse underwriting decision, you have certain rights available to you. An adverse underwriting decision may include, but is not limited to:

- A declination of insurance coverage;
- A termination of insurance coverage;
- Failure of an agent to apply for insurance coverage with a specific insurance company which the agent represents and is requested by you;
- Placement with a residual market mechanism, an unauthorized insurer, or an insurance institution which specializes in substandard risks; or
- The charging of a higher rate on the basis of information which differs from that which you furnished us.

You have the right to: 1) request in writing the specific reason(s) for the adverse underwriting decision; 2) request access to your recorded personal information; and 3) request correction, amendment, or deletion of your recorded personal information.

### YOUR RIGHT TO REQUEST THE SPECIFIC REASON(S) FOR AN ADVERSE UNDERWRITING DECISION

You have the right to request in writing the specific reason(s) for an adverse underwriting decision. In addition, you have the right to request specific items of information that support the action and the right to request the names and addresses of the institutional sources that supplied the specific information. However, this right does not extend to information if we have a reasonable suspicion that criminal activity, fraud, material misrepresentation, or material nondisclosure is involved.

To receive this information, please submit a written request within ninety (90) business days from the receipt of this notice. We will respond within twenty-one (21) business days from the receipt of your request. At that time we will furnish you with:

1. the specific reason(s) for the adverse underwriting decision in writing if such information has not already been provided to you;
2. the specific items of personal and privileged information that support the reasons; and
3. the names and addresses of the institutional sources that supplied the specific items of information specified.

### YOUR RIGHT TO REQUEST ACCESS TO YOUR RECORDED PERSONAL INFORMATION

You also have the right to submit a written request for access to your recorded personal information. We may charge a reasonable fee to cover the costs of providing you this information.

Within thirty (30) days of the receipt of your request, we will inform you of the nature and substance of the recorded personal information provided that it is reasonably described and is reasonably locatable and retrievable. You have the right to see and copy the recorded personal information in person or obtain a copy by mail, whichever you prefer.

We will also tell you the identity of the persons or organizations to whom we have disclosed the information in the preceding two (2) years and provide you with a summary of the procedures by which you may request correction, amendment, or deletion of recorded personal information.

IN 0100 (01-10)                                                                                          Page 1 of 2

IN 0100 (01-10)

## YOUR RIGHT TO REQUEST CORRECTION, AMENDMENT, OR DELETION OF RECORDED PERSONAL INFORMATION

If you disagree with our records, you have the right to request correction, amendment, or deletion of any recorded personal information.

Within thirty (30) business days of receipt of your written request, we will either:

1. correct, amend, or delete the portion of the recorded personal information in dispute; or
2. notify you of our refusal to make the correction, amendment, or deletion, the reasons for the refusal, and your right to file a statement if you disagree.

If we grant your request, we will notify you in writing and furnish the correction, amendment, or fact of deletion to:

1. any person specifically designated by you who may have, within the preceding two (2) years, received the recorded personal information;
2. any insurance support organization if the insurance support organization has systematically received such recorded personal information from us within the preceding seven (7) years; provided, however, that the correction, amendment or fact of deletion need not be furnished if the insurance support organization no longer maintains recorded personal information about you; and
3. any insurance support organization that furnished the personal information that has been corrected, amended or deleted.

If we refuse your request and you are not satisfied, you may send us a concise statement setting forth what you believe is the correct, relevant, or fair information and why you disagree with our refusal to correct, amend, or delete recorded personal information. Your statement will be included with the disputed personal information in our records.

*If you have questions regarding this notice, please contact your company representative or write us at:*

Nationwide Insurance

Attn:  Customer Relations - Summary of Rights

One Nationwide Plaza 3 - 4 - 101

Columbus, OH 43215

ADP 0053823613-0                      INSURED COPY                I9Z8 15238                      78    4,976

IN 2004 (03-04)

★★★★★★   CONSUMER COMPLAINTS AND INFORMATION   ★★★★★★
IMPORTANT INSURANCE INFORMATION

IF YOU SHOULD HAVE ANY QUESTIONS OR PROBLEMS WITH THIS POLICY PLEASE FIRST CONTACT YOUR AGENT OR A COMPANY REPRESENTATIVE. TO CONTACT A COMPANY REPRESENTATIVE, PLEASE CALL US AT 1-800-552-2437 OR WRITE TO:

ALLIED INSURANCE
2251 HARVARD STREET, SUITE #200
SACRAMENTO, CA 95815-3333

IF AFTER DOING SO WE HAVE FAILED TO PRODUCE A SATISFACTORY SOLUTION TO YOUR PROBLEM YOU MAY CONTACT THE CALIFORNIA DEPARTMENT OF INSURANCE AT 1-800-927-HELP (4357), 1-800-482-4833 (TDD), OR WRITE THEM AT:

CALIFORNIA DEPARTMENT OF INSURANCE
CONSUMER COMMUNICATION BUREAU
300 SOUTH SPRING ST., SOUTH TOWER
LOS ANGELES, CA 90013

IF YOUR POLICY PREMIUM CHANGED, YOU MAY REQUEST A WRITTEN EXPLANATION BY CONTACTING YOUR AGENT OR US AT   1-866-544-5450   .

IN 2499 (10-08)

★★★★★★   **IMPORTANT NOTICE**   ★★★★★★

The Coverage A Dwelling limit shown on your declarations page is an estimated replacement cost based on general information about your home.  It is developed from models that use cost of construction materials and labor rates for like homes in the area.  The actual cost to replace your home may be significantly different.  Allied does not guarantee that this figure will represent the actual cost to replace your home.  You are responsible for selecting the appropriate amount of coverage and you may obtain an appraisal or contractor estimate, at your own expense, which Allied will consider and accept, if reasonable.  Higher coverage limits may be selected and will result in higher premiums.

ADP 0053823613-0                              INSURED COPY                    I9Z8 15238                    78    4,978

**★★★★★★★★**   IMPORTANT INSURANCE INFORMATION   **★★★★★★★★**

As a reminder, California Law requires you to have an operable smoke detector in each rental property that you own. Please check to be certain that the dwelling(s) insured under this policy comply with this law.

IN 3001 (03-91)

ADP 0053823613-0                    INSURED COPY            I9Z8 15238                    78    4,979

# DWELLING POLICY

**AMCO INSURANCE COMPANY,**
1100 LOCUST ST
DES MOINES, IA   50391-1100        (800) 282-1446

| POLICY NUMBER: | ADP 0053823613 0 |
|---|---|
| ACCOUNT NUMBER: | |

| AGENCY | SUTHERLAND-SCHERFF & ASSOC INS |
|---|---|
| 29459 | LA CRESCENTA CA |

| Policy Period | |
|---|---|
| From: 08/25/2015 | To: 08/25/2016 |
| 12:01 A.M.  Standard Time | |

## DECLARATIONS

| INSURED NAME AND ADDRESS | MORTGAGEE OR OTHER INTEREST |
|---|---|
| KIM, PETER<br>KIM, HELEN<br>2029 VERDUGO BLVD PMB 253<br>MONTROSE, CA               91020-1626 | 09150720         MORTGAGEE<br>EAST WEST BANK, ITS SUCCESSORS<br>&/OR ASSIGNS, LOAN SUPPORT DEP<br>PO BOX 60020<br>CITY OF INDUSTRY, CA          91716-0020 |

| BILLING INFORMATION      TO BE PAID BY NAMED INSURED | PREVIOUS POLICY NUMBER |
|---|---|

DEDUCTIBLE:  In case of loss under this policy, we cover only that part of the loss over the deductible of  $2,500.

| The described residence premises covered hereunder is located at the above address, unless otherwise stated herein. | Location |
|---|---|
| | 001        1925 LOMBARDY DR<br>LA CANADA FLINTRIDGE, CA      91011-1530 |

This insurance applies to the Described Location, Coverage for which a Limit of Liability is shown and Perils Insured Against for which a Premium is stated

### COVERAGE AND LIMITS OF LIABILITY

| A. DWELLING | B. OTHER STRUCTURES | | C. PERSONAL PROPERTY | D. FAIR RENTAL VALUE | E. ADDITIONAL LIVING EXPENSE |
|---|---|---|---|---|---|
| | AMT INCL'D AT NO CHG | | | | |
| $    500,000 | $     50,000 | $ | $  NONE | $ | $ |

### PERILS INSURED AGAINST AND PREMIUMS

| Fire | Extended Coverage | Vandalism or Malicious Mischief | DP3 | | | |
|---|---|---|---|---|---|---|
| $  401.00 | $  109.00 | $ INCL | $   113.00 | $ | $ | $ |

| ENDORSEMENT | | DESCRIPTION | LIMIT | PREMIUM |
|---|---|---|---|---|
| | | POLICY ENDORSEMENTS | | |
| DP3 | 09/83 | Special Form | | INCLUDED |
| DP300CA | 10/14 | Special Provisions - California | | INCLUDED |
| IN0000 | 04/09 | Privacy Stmt | | INCLUDED |
| IN0100 | 01/10 | Important Notice | | INCLUDED |
| IN2004 | 03/04 | Important Notice | | INCLUDED |
| IN2499 | 10/08 | Important Notice | | INCLUDED |
| IN3001 | 03/91 | Important Notice | | INCLUDED |
| 10783 | 12/88 | Amendment of Conditions | | INCLUDED |
| 10940 | 07/89 | California Guarantee Association | | INCLUDED |
| | | TOTAL POLICY ENDORSEMENTS | | |
| | | (continued) | | |

| Not a bill. Your bill is sent separately . | TOTAL PREMIUM THIS LOCATION | $ | 750.00 |
|---|---|---|---|
| Effective Date of Change: | | $ | |
| | TOTAL PREMIUM ALL LOCATIONS | $ | 750.00 |
| | Additional Premium | $ | |
| | Return Premium | $ | |

| This Declarations page replaces all previous Declarations pages for this policy. | AMCO INSURANCE COMPANY |
|---|---|
| | Countersigned by - Authorized Representative |

15242 6X (02/07) 01

DIRECT BILL     19Z8   15238                    INSURED COPY                         78                    4981

## ADDITIONAL DWELLING ENDORSEMENTS

| Company: | AMCO INSURANCE COMPANY | | Policy No: | ADP  0053823613 | 0 |
|---|---|---|---|---|---|
| | DES MOINES, IA      50391-1100      (800) 282-1446 | | | | |

| Agency: | SUTHERLAND-SCHERFF & ASSOC INS |
|---|---|
| 29459      LA CRESCENTA CA | |

| Insured:  KIM, PETER | KIM, HELEN |
|---|---|

| Location ID | Described Location: | 1925 LOMBARDY DR | |
|---|---|---|---|
| 001 | | LA CANADA FLINTRIDGE, CA | 91011-1530 |

| COVERAGES | | DESCRIPTION | LIMIT | PREMIUM |
|---|---|---|---|---|
| | | LOCATION ENDORSEMENTS | | |
| 12687 | 01/98 | Additional Insured-Liability | | INCLUDED |
| 13432 | 01/98 | Additional Insured-Property | | INCLUDED |
| 11796 | 08/11 | California Res Prop Ins Disclosure | | INCLUDED |
| 13447 | 03/93 | Lead Poisoning Exclusion-Liab Cov | | INCLUDED |
| 13449 | 05/95 | Inflation Protection | | INCLUDED |
| 438BFUNS | 05/42 | Lenders Loss Payable | | INCLUDED |
| 12680 | 01/98 | Personal Liability Schedule | 500,000 | 43.00 |
| HO277 | 01/79 | Ordinance or Law Coverage | | 62.00 |
| 12567P | 01/07 | Dwelling Replacement Cost | | 7.00 |
| DL2482 | 05/00 | Personal Injury Endorsement | | 15.00 |
| 13410 | 12/86 | Dwelling Liability Coverage - OL&T | | INCLUDED |
| 15363 | 12/01 | Fungi Property | 5,000 | INCLUDED |
| 15367 | 12/01 | Fungi Exclusion - OL&T | | INCLUDED |
| | | TOTAL LOCATION ENDORSEMENTS | | 127.00 |

15070 (01-98)

IN WITNESS WHEREOF, the company listed in the Declarations has caused this policy to be signed by its President and Secretary, and countersigned as may be required on the Declarations page by a duly authorized representative of the company.

**President – Gary A. Douglas**
Nationwide Agribusiness Insurance Company

**President – David G. Arango**
Nationwide Assurance Company

**President – Mark A. Pizzi**
Nationwide Affinity Insurance Company of America
Nationwide General Insurance Company
Nationwide Mutual Fire Insurance Company
Nationwide Mutual Insurance Company
Nationwide Property and Casualty Insurance
Company

**President – W. Kim Austen**
ALLIED Property and Casualty Insurance Company
AMCO Insurance Company
Crestbrook Insurance Company
Depositors Insurance Company
Nationwide Insurance Company of America

**President – Lisa E. Gobber**
Nationwide Insurance Company of Florida

**Secretary – Robert W. Horner, III**
ALLIED Property and Casualty Insurance Company
AMCO Insurance Company
Crestbrook Insurance Company
Depositors Insurance Company
Nationwide Affinity Insurance Company of America
Nationwide Agribusiness Insurance Company
Nationwide Assurance Company
Nationwide General Insurance Company
Nationwide Indemnity Company
Nationwide Insurance Company of America
Nationwide Insurance Company of Florida
Nationwide Mutual Fire Insurance Company
Nationwide Mutual Insurance Company
Nationwide Property and Casualty Insurance
Company

**President – David A. Bano**
Nationwide Indemnity Company

Nationwide, the Nationwide framemark, and On Your Side are service marks of Nationwide Mutual Insurance Company.
© 2011 Nationwide Mutual Insurance Company.

ADP 0053823013-0          I9Z8   15238          INSURED COPY          78   04983

DPQR3 (5-98)

## YOUR DWELLING POLICY QUICK REFERENCE

DECLARATIONS PAGE
    Your Name
    Location of Your Residence
    Policy Period
    Coverages
    Amounts of Insurance
    Deductible

|                                                          | Beginning On Page |
|----------------------------------------------------------|-------------------|
| AGREEMENT                                                | 1                 |
| DEFINITIONS                                              | 1                 |
| COVERAGES                                                | 1                 |
|     Property Coverages               |                   |
|     Fair Rental Value                |                   |
|     Additional Living Expense (Forms DP-2 and DP-3) |       |
|         Other Structures |            |
|         Debris Removal |              |
|         Improvements, Alterations and Additions | |
|         World-Wide Coverage |        |
|         Rental Value |                |
|         Reasonable Repairs |          |
|         Property Removed |            |
|         Plants, Shrubs and Trees (Forms DP-2 and DP-3) | |
| PERILS INSURED AGAINST                                   | 3                 |
| EXCLUSIONS                                               | 5                 |
| CONDITIONS                                               | 7                 |
|     Insurable Interest               |                   |
|     Duties After Loss                |                   |
|     Loss Settlement                  |                   |
|     Mortgage Clause                  |                   |
|     Cancellation                     |                   |
|     Nonrenewal                       |                   |

Dwelling Property 3
Special Form
(09-83)

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

Throughout this policy "you" and "your" refer to the "named insured" shown in the Declarations. "We", "us" and "our" refer to the Company providing this insurance.

## COVERAGES

This insurance applies to the Described Location, Coverages for which a Limit of Liability is shown and Perils Insured Against for which a Premium is stated.

## COVERAGE A - DWELLING

We cover:

a.  the dwelling on the Described Location, used principally for dwelling purposes;

b.  structures attached to the dwelling;

c.  materials and supplies on or adjacent to the Described Location for use in the construction, alteration or repair of the dwelling or other structures on this location; and

d.  if not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Location.

## COVERAGE B - OTHER STRUCTURES

We cover other structures on the Described Location, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line or similar connection are considered to be other structures.

We do not cover other structures:

a.  used in whole or in part for commercial, manufacturing or farming purposes; or

b.  rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

## COVERAGE C - PERSONAL PROPERTY

We cover personal property, usual to the occupancy as a dwelling and owned or used by you or members of your family residing with you while it is on the Described Location. We will cover, at your request, personal property owned by a guest or servant while the property is on the Described Location.

We do not cover:

1.  accounts, bills, bullion, currency, deeds, evidences of debt, manuscripts, money or securities;

**DP 3 (09-83)**                                                                                      **Page 1 of 10**

ADP 0053823613-0                       INSURED COPY                  I9Z8 15238                  78    4,985

2.  animals, birds or fish;

3.  aircraft and parts;

4.  motor vehicles, other than motorized equipment used to service the Described Location; or

5.  boats, other than rowboats and canoes.

If you remove personal property from the Described Location to a newly acquired principal residence, the Coverage C limit of liability shall apply at each residence for the 30 days immediately after you begin to move the property there. This time period shall not extend beyond the termination of this policy.  Our liability is limited to the proportion of the limit of liability that the value at each residence bears to the total value of all personal property covered by this policy.

## COVERAGE D - FAIR RENTAL VALUE

We cover the fair rental value if a loss to property described in Coverage A, B or C by a Peril Insured Against under this policy makes that part of the Described Location rented to others or held for rental by you unfit for its normal use. Payment shall be for the shortest time required to repair or replace the part of the Described Location rented or held for rental. This period of time is not limited by expiration of this policy.

Fair rental value shall not include any expense that does not continue while that part of the Described Location rented or held for rental is unfit for its normal use. If a civil authority prohibits you from use of the Described Location as a result of direct damage to a neighboring location by a Peril Insured Against in this policy, we cover any resulting fair rental value loss for a period not exceeding two weeks during which use is prohibited.

We do not cover loss or expense due to cancellation of a lease or agreement.

## COVERAGE E - ADDITIONAL LIVING EXPENSE

We cover the necessary increase in living expense incurred by you so that your household can maintain its normal standard of living if a loss to property described in Coverage A, B, or C by a Peril Insured Against under this policy makes the Described Location unfit for its normal use. Payment shall be for the shortest time required to repair or replace the Described Location or, if you permanently relocate the shortest time required for your household to settle elsewhere. This period of time is not limited by the expiration of this policy.

If a civil authority prohibits you from use of the Described Location as a result of direct damage to a neighboring location by a Peril Insured Against in this policy, we cover any resulting additional living expense for a period not exceeding two weeks during which use is prohibited.

We do not cover loss or expense due to cancellation of a lease or agreement.

## OTHER COVERAGES

1.  **Other Structures-** You may use up to 10% of the Coverage A limit of liability for loss by a Peril Insured Against to other structures described in Coverage B. Use of this coverage does not reduce the Coverage A limit of liability for the same loss.

2.  **Debris Removal-** We will pay the reasonable expense incurred by you for the removal of debris from a property loss covered by this policy. Debris removal expense is included in the limit of liability applying to the damaged property.

3.  **Improvements, Alterations and Additions-** If you are a tenant of the Described Location, you may use up to 10% of the Coverage C limit of liability for loss by a Peril Insured Against to improvements, alterations and additions made at your expense to that part of the Described Location used only by you. Use of this coverage does not reduce the Coverage C limit of liability for the same loss.

DP 3 (09-83)                                                                                     **Page 2 of 10**

4.  **World-Wide Coverage-** You may use up to 10% of the Coverage C limit of liability for loss by a Peril Insured Against to property covered under Coverage C except rowboats and canoes, while anywhere in the world. Use of this coverage reduces the coverage C limit of liability for the same loss.

5.  **Rental Value and Additional Living Expense-** You may use up to 10% of the Coverage A limit of liability for loss of both fair rental value, as described in Coverage D, and additional living expense as described in Coverage E.

    Use of this coverage does not reduce the Coverage A limit of liability for the same loss.

6.  **Reasonable Repairs-** We will pay the reasonable cost incurred by you for necessary repairs made solely to protect the property covered by this policy from further damage if there is coverage for the peril causing the loss. Use of this coverage is included in the limit of liability that applies to the property being repaired.

7.  **Property Removed-** Covered property while being removed from a premises endangered by a Peril Insured Against and for not more than 30 days while removed, is covered for direct loss from any cause. This coverage does not change the limit of liability that applies to the property being removed.

8.  **Lawns, Plants, Shrubs and Trees-** You may apply up to 5% of the Coverage A limit of liability for loss to lawns, plants, shrubs, or trees on the Described Location by fire, lightning, smoke, explosion, riot or civil commotion, aircraft, vehicles, except vehicles owned or operated by you or a resident of the Described Location, collapse of a building, and vandalism or malicious mischief, including damage during a burglary or attempted burglary, but not the theft of property. We shall not be liable for more than our proportion of $250 on any one plant, shrub or tree including expense incurred for removing debris thereof. We do not cover property grown for commercial purposes. Payment under this coverage reduces the Coverage A limit of liability by the amount paid.

9.  **Collapse.** We insure for risk of direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:

    a.  Perils Insured Against in Coverage C - Personal Property. These perils apply to covered building and personal property for loss insured by this other coverage;

    b.  hidden decay;

    c.  hidden insect or vermin damage;

    d.  weight of contents, equipment, animals or people;

    e.  weight of rain which collects on a roof;

    f.  use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items b, c, d, e and f unless the loss is a direct result of the collapse of a building.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This coverage does not increase the limit of liability applying to the damaged covered property.

---

## PERILS INSURED AGAINST

### COVERAGE A DWELLING and COVERAGE B OTHER STRUCTURES

We insure for risk of direct physical loss to the property described in Coverages A and B except:

1.  collapse, other than as provided in Other Coverage 9;

DP 3 (09-83)                                                                 **Page 3 of 10**

Dwelling Property 3
Special Form
(09-83)

2. freezing of a plumbing, heating or air conditioning system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing, while the dwelling is vacant, unoccupied or being constructed unless you have used reasonable care to:

   a. maintain heat in the building, or

   b. shut off the water supply and drain the system and appliances of water;

3. freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a fence, pavement, patio, swimming pool, foundation, retaining wall, bulkhead, pier, wharf or dock;

4. theft of any property which is not actually part of any building or structure covered;

5. theft in or to a dwelling or structure under construction;

6. wind, hail, ice, snow or sleet to outdoor radio and television antennas and aerials including their lead-in wiring, masts or towers, or to lawns, trees, shrubs or plants;

7. vandalism and malicious mischief, theft or attempted theft or breakage of glass and safety glazing materials if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

8. continuous or repeated seepage or leakage of water or steam over a period of time from within a plumbing, heating or air conditioning system or from within a household appliance;

9. wear and tear; marring; deterioration; inherent vice; latent defect; mechanical breakdown; rust; mold; wet or dry rot; contamination; smog; smoke from agricultural smudging or industrial operations; settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings; birds, vermin, rodents, insects or domestic animals. If any of these cause water to escape from a plumbing, heating or air conditioning system or household appliance, we cover loss caused by the water. We also cover the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

10. losses excluded under General Exclusions.

Under Items 1 through 9, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

---

## COVERAGE C PERSONAL PROPERTY

We insure for risk of direct physical loss to property described in Coverage C caused by a peril listed below unless the loss is excluded in General Exclusions.

1. **Fire or lightning.**

2. **Windstorm or hail.**

   This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening, or

   a. plants, shrubs or trees;

   b. canoes or rowboats.

3. **Explosion.**

4. **Riot or civil commotion.**

5. **Aircraft,** including self-propelled missiles and spacecraft.

DP 3 (09-83)                                                                                            **Page 4 of 10**

6. **Vehicles.**

7. **Smoke,** meaning sudden and accidental damage from smoke.

8. **Vandalism or malicious mischief.**

   This peril does not include loss by pilferage, theft, burglary or larceny.

9. **Damage by Burglars,** meaning damage to covered property caused by burglars.

   This peril does not include:

   a. theft of property; or

   b. damage caused by burglars to property on the Described Location if the dwelling has been vacant for more than 30 consecutive days immediately before the damage occurs.

10. **Falling Objects.**

    This peril does not include loss to property contained in the building unless the roof or an exterior wall of the building is first damaged by a falling object. Damage to the falling object itself is not covered.

11. **Weight of ice, snow or sleet** which causes damage to property contained in the building.

12. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, or air conditioning system, or from within a household appliance.

    This peril does not include loss:

    a. to the appliance from which the water or steam escaped;

    b. caused by or resulting from freezing; or

    c. on the described location caused by accidental discharge or overflow which occurs off the described location.

13. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning system, or an appliance for heating water.

    We do not cover loss caused by or resulting from freezing under this peril.

14. **Freezing** of a plumbing, heating or air conditioning system or of a household appliance.

    This peril does not include loss on the described location while the dwelling is unoccupied or being constructed, unless you have used reasonable care to:

    a. maintain heat in the building; or

    b. shut off the water supply and drain the system and appliances of water.

15. **Sudden and accidental damage from artificially generated electrical current.**

This peril does not include loss to a tube, transistor or similar electronic components.

---

## GENERAL EXCLUSIONS

1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

   a. **Ordinance or Law,** meaning enforcement of any ordinance or law regulating the use, construction, repair, or demolition of property unless specifically provided under this policy.

DP 3 (09-83)

ADP 0053823613-0               INSURED COPY          I9Z8 15238          78   4,989

b. **Earth Movement**, meaning any loss caused by, resulting from, contributed to or aggravated by earthquake; landslide; mudflow; earth sinking, rising or shifting; volcanic eruption meaning the eruption, explosion or effusion of a volcano; unless direct loss by:

   1) fire;

   2) explosion other than the explosion of a volcano; or

   3) if an insured peril, breakage of glass or safety glazing material;

   ensues and then we will pay only for the ensuing loss.

   The peril volcanic action as defined in this policy is not considered within the term earth movement.

c. **Water Damage**, meaning:

   1) flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

   2) water which backs up through sewers or drains; or

   3) water below the surface of the ground, including water which exerts pressure on, or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

   Direct loss by fire or explosion resulting from water damage is covered.

d. **Power Interruption**, meaning the interruption of power or other utility service if the interruption takes place away from the Described Location. If a Peril Insured Against ensues on the Described Location, we will pay only for loss caused by the ensuing peril.

e. **Neglect**, meaning your neglect to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered by a Peril Insured Against.

f. **War**, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon shall be deemed a warlike act even if accidental.

g. **Nuclear Hazard**, to the extent set forth in the Nuclear Hazard Clause of the Conditions.

2. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

a. **Weather conditions.** However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss;

b. **Acts or decisions**, including the failure to act or decide, of any person, group, organization or governmental body;

c. **Faulty, Inadequate or Defective:**

   1) planning, zoning, development, surveying, siting;

   2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   3) materials used in repair, construction, renovation or remodeling; or

   4) maintenance;

   of part or all of any property whether on or off the Described Location.

ADP 0053823613-0                  INSURED COPY                  I9Z8 15238                78    4,990

<div align="right">
Dwelling Property 3
Special Form
(09-83)
</div>

## CONDITIONS

1. **Policy Period.** This policy applies only to loss which occurs during the policy period.

2. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we shall not be liable:

   a. for an amount greater than the interest of a person insured under this policy; or

   b. for more than the limit of liability that applies.

3. **Concealment or Fraud.** We do not provide coverage if you have intentionally concealed or misrepresented any material fact or circumstance relating to this insurance.

4. **Your Duties After Loss.** In case of a loss to which this insurance may apply, you shall see that the following duties are performed:

   a. give immediate notice to us or our agent;

   b. protect the property from further damage, make reasonable and necessary repairs required to protect the property, and keep an accurate record of repair expenditures;

   c. prepare an inventory of damaged personal property showing in detail, the quantity, description, actual cash value and amount of loss. Attach to the inventory all bills, receipts and related documents that substantiate the figures in the inventory;

   d. exhibit the damaged property as often as we reasonably require and submit to examination under oath;

   e. submit to us, within 60 days after we request, your signed sworn statement of loss which sets forth, to the best of your knowledge and belief:

      1) the time and cause of loss;

      2) the interest of you and all others in the property involved and all encumbrances on the property;

      3) other insurance which may cover the loss;

      4) changes in title or occupancy of the property during the term of the policy;

      5) specifications of any damaged building and detailed estimates for repair of the damage;

      6) an inventory of damaged personal property described in 4c;

      7) receipts for additional living expenses incurred and records supporting the fair rental value loss.

5. **Loss Settlement.** Covered property losses are settled as follows:

   a. Personal property and structures that are not buildings at actual cash value at the time of loss but not exceeding the amount necessary to repair or replace;

   b. Carpeting, domestic appliances, awnings, outdoor antennas and outdoor equipment, whether or not attached to buildings, at actual cash value at the time of loss but not exceeding the amount necessary to repair or replace;

   c. Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

      1) If at the time of loss the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately prior to the loss, we will pay the cost of repair or replacement, without deduction for depreciation, but not exceeding the smallest of the following amounts:

DP 3 (09-83)

<div align="right">Page 7 of 10</div>

Dwelling Property 3
Special Form
(09-83)

    a)   the limit of liability under this policy applying to the building;

    b)   the replacement cost of that part of the building damaged for equivalent construction and use on the same premises; or

    c)   the amount actually and necessarily spent to repair or replace the damaged building.

  2)   If at the time of loss the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately prior to the loss, we will pay the larger of the following amounts, but not exceeding the limit of liability under this policy applying to the building:

    a)   the actual cash value of that part of the building damaged; or

    b)   that proportion of the cost to repair or replace, without deduction for depreciation, of that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

  3)   In determining the amount of insurance required to equal 80% of the full replacement cost of the building immediately prior to the loss, you shall disregard the value of excavations, foundations, piers and other supports which are below the undersurface of the lowest basement floor or, where there is no basement, which are below the surface of the ground inside the foundation walls, and underground flues, pipes, wiring and drains.

  4)   When the cost to repair or replace the damage is more than $1000 or more than 5% of the amount of insurance in this policy on the building, whichever is less, we will pay no more than the actual cash value of the damage until actual repair or replacement is completed.

  5)   You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis and then make claim within 180 days after loss for any additional liability on a replacement cost basis.

6.   **Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:

  a.   repair or replace any part to restore the pair or set to its value before the loss; or

  b.   pay the difference between actual cash value of the property before and after the loss.

7.   **Glass Replacement.** Covered loss to glass shall be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

8.   **Appraisal.** If you and we fail to agree on the amount of loss, either can demand that the amount of the loss be set by appraisal. If either makes a written demand for appraisal, each shall select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers shall then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court of record in the state of the Described Location to select an umpire. The appraisers shall then set the amount of the loss. If the appraisers submit a written report of agreement to us, the amount agreed upon shall be the amount of the loss. If the appraisers fail to agree within a reasonable time, they shall submit their differences to the umpire. Written agreement signed by any two of these three shall set the amount of the loss. Each appraiser shall be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire shall be paid equally by you and us.

9.   **Other Insurance.** If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

10.   **Subrogation.** You may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us. If an assignment is sought, the person insured shall sign and deliver all related papers and cooperate with us in any reasonable manner.

11.   **Suit Against Us.** No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss.

DP 3 (09-83)

**Page 8 of 10**

12. **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn statement of loss, we may repair or replace any part of the property damaged with equivalent property.

13. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy to receive payment. Payment for loss will be made within 30 days after we reach agreement with you, entry of a final judgment, or the filing of an appraisal award with us.

14. **Abandonment of Property.** We need not accept any property abandoned by you.

15. **Mortgage Clause.**

The word "mortgagee" includes trustee.

If a mortgagee is named in this policy, any loss payable under Coverage A or B shall be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment shall be the same as the order or precedence of the mortgages.

If we deny your claim, that denial shall not apply to a valid claim of the mortgagee, if the mortgagee:

a. notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

b. pays any premium due under this policy on demand if you have neglected to pay the premium;

c. submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

If the policy is cancelled by us, the mortgagee shall be notified at least 10 days before the date cancellation takes effect.

If we pay the mortgagee for any loss and deny payment to you:

a. we are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

b. at our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we shall receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation shall not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

16. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this policy.

17. **Cancellation.**

a. You may cancel this policy at any time by returning it to us or by notifying us in writing of the date cancellation is to take effect.

b. We may cancel this policy only for the reasons stated in this condition by notifying you in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing shall be sufficient proof of notice.

1) When you have not paid the premium, whether payable to us or to our agent or under any finance or credit plan, we may cancel at any time by notifying you at least 10 days before the date cancellation takes effect.

2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by notifying you at least 10 days before the date cancellation takes effect.

3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel if there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy or if the risk has changed substantially since the policy was issued. This can be done by notifying you at least 30 days before the date cancellation takes effect.

ADP 0053823613-0              INSURED COPY              I9Z8 15238              78    4,993

<div align="right">

Dwelling Property 3
Special Form
(09-83)

</div>

    4)   When this policy is written for a period longer than one year, we may cancel for any reason at anniversary by notifying you at least 30 days before the date cancellation takes effect.

  c.   When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded. When you request cancellation, the return premium will be based on our short rate rules. When we cancel, the return premium will be pro rata.

  d.   If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**18. Non-Renewal.** We may elect not to renew this policy.  We may do so by delivery to you or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing shall be sufficient proof of notice.

**19. Liberalization Clause.**  which would broaden the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**20. Waiver or Change of Policy Provisions.**  A waiver or change of any provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination shall not waive any of our rights.

**21. Assignment.**  Assignment of this policy shall not be valid unless we give our written consent.

**22. Death.**  If you die, we insure:

  a.   your legal representatives but only with respect to the property covered under the policy at the time of death;

  b.   with respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

**23. Nuclear Hazard Clause.**

  a.   "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

  b.   Loss caused by the nuclear hazard shall not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

  c.   This policy does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

<div align="center">

Copyright, Insurance Services Office, Inc., 1983

</div>

DP 300CA (10-14)

## SPECIAL PROVISIONS

**DEFINITIONS**

In Forms **DP1, DP2** and **DP3**, the **DEFINITIONS** section is replaced by the following:

Throughout this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household.

The term spouse includes a:

1.  Husband or wife; or
2.  If unmarried, a:
    a.  Civil partner by Civil Union or Registered Domestic Partnership filed and recognized by the state; or
    b.  "Domestic partner".

"We", "us" and "our" refer to the Company providing this insurance.

In Forms **DP1, DP2** and **DP3**, the following definition is added:

"Domestic partner" means a person living with you and sharing a common domestic life and whose relationship resembles a mutually exclusive partnership such as that of a marriage, and:

    a.  is at least 18 years of age and capable of entering into a legal contract;
    b.  is not a relative; and
    c.  shares with you financial interdependence and a common residence.

    Evidence of such includes, but is not limited to:

        1)  Joint domestic responsibility for the maintenance of the household.
        2)  Having joint financial obligations, resources, or assets.
        3)  Documents such as a driver's license, tax returns, or bills showing a common address for both parties.
        4)  Both parties receiving mail at the same address.
        5)  A declaration of domestic partnership with that person or similar declaration about that person with an employer or government entity.

A "domestic partner" does not include more than one person, a roommate or housemate whether sharing expenses equally or not, or one who pays rent to the named insured.

**COVERAGES**

Under **COVERAGE A - DWELLING**, the following paragraph is added:

This coverage does not apply to land, including land on which the dwelling is located.

Under **COVERAGE B - OTHER STRUCTURES**, the following paragraph is added:

This coverage does not apply to land, including land on which the other structures are located.

Under **COVERAGE C - PERSONAL PROPERTY**, item **4.** is deleted and the following substituted:

4.  motor vehicles or motorized bicycles, other than motorized equipment used to service the Described Location; or

In Forms **DP 2** and **DP 3**, under **OTHER COVERAGES**, item **8. Lawns, Plants, Shrubs and Trees** is deleted and the following substituted:

8.  **Lawns, Plants, Shrubs and Trees** – You may apply up to 5% of the Coverage A limit of liability or $10,000, whichever is less, for loss to lawns, plants, shrubs, or trees on the Described Location by fire, lightning, smoke, explosion, riot or civil commotion, aircraft, vehicles, except vehicles owned or operated by you or a resident of the Described Location, collapse of a building, and vandalism or malicious mischief, including damage during a burglary or attempted burglary, but not the theft of property. We shall not be liable for more than our proportion of $250 on any one plant, shrub or tree including expense incurred for removing debris thereof. We do not cover plants, shrubs or trees grown for commercial purposes. We do not cover plants,

DP 300CA (10-14)

**Page 1 of 4**

DP 300CA (10-14)

shrubs or trees that are part of, or a continuation of, a forest including a national forest or wildlife preserve. Payment under this coverage reduces the Coverage A limit of liability by the amount.

**PERILS INSURED AGAINST**

In DP-1, 2, 3: Any reference to:

"vacant for more than 30 consecutive days immediately before the loss".

under Perils Insured Against, concerning vandalism and malicious mischief, glass breakage, or accidental discharge or overflow of water or steam, is revised to state:

"vacant for more than 60 consecutive days immediately before the loss".

The following peril is added:

**Volcanic Action.** Meaning only direct loss to a building or property contained in a building resulting from the eruption of a volcano when the direct loss is caused by:

    a.  volcanic blast or airborne shock waves; or

    b.  ash, dust or particulate matter; or

    c.  lava flow.

**Cost of Removal**

We will pay for the removal of only the ash, dust or particulate matter which has caused direct loss to a building or property contained in a building.

One or more volcanic eruptions that occur within a 72-hour period shall be considered as one volcanic eruption.

**Form DP-2**

Item **10. Damage by Burglars** is deleted and the following substituted:

**10. Damage by Burglars**, meaning damage to covered property caused by burglars.

    This peril does not include:

    a.  theft of property; or

    b.  damage caused by burglars to property on the Described Location if the dwelling has been vacant for more than 60 consecutive days immediately before the damage occurs.

**COVERAGE C PERSONAL PROPERTY**

**Form DP-3**

Item **9. Damage by Burglars** is deleted and the following substituted:

**9.  Damage by Burglars**, meaning damage to covered property caused by burglars.

    This peril does not include:

    a.  theft of property; or

    b.  damage caused by burglars to property on the Described Location if the dwelling has been vacant for more than 60 consecutive days immediately before the damage occurs.

**GENERAL EXCLUSIONS**

**Forms DP-1 and DP-2**

Item **2. Earth Movement** is deleted and the following substituted:

**2.  Earth Movement**. Meaning any loss caused by, resulting from, contributed to or aggravated by earthquake; landslide; mudflow; earth sinking, rising or shifting; volcanic eruption meaning the eruption, explosion or effusion of a volcano, unless direct loss by:

    a.  fire;

    b.  explosion other than the explosion of a volcano; or

    c.  if an insured peril, breakage of glass or safety glazing material;

    ensues and then we will pay only for the ensuing loss.

                                     DP 300CA (10-14)

ADP 0053823613-0           INSURED COPY          I9Z8 15238          78    4,995

DP 300CA (10-14)

The peril volcanic action as defined in this policy is not considered within the term earth movement.

**CONDITIONS**

Item **3. Concealment or Fraud** is deleted and the following substituted.

3. **Concealment or Fraud**. We do not provide coverage for the individual named insured who has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance.

4. **Your Duties After Loss**. Paragraphs **d.** and **e.** are deleted and the following substituted:

    d.  as often as we reasonably require:

        1)  exhibit the damaged property:

        2)  provide us with records and documents we request and permit us to make copies; and

        3)  submit to examination under oath and subscribe the same.

    e.  submit to us, within 60 days after we request your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

        1)  the time and cause of loss;

        2)  interest of you and all others in the property involved and all encumbrances on the property;

        3)  other insurance which may cover the loss;

        4)  changes in title or occupancy of the property during the term of the policy;

        5)  specifications of any damaged building and detailed estimates for repair of the damage;

        6)  an inventory of damaged personal property described in **4.c.**;

        7)  receipts for additional living expenses incurred and records supporting the fair rental value loss.

Item **5. Loss Settlement c. 5)** is deleted and the following substituted.

c.5) We must be notified within:

    a)  24 months after our payment for actual cash value if the loss or damage relates to a state of emergency under California law; or

    b)  12 months after our payment for actual cash value in all other cases;

that you intend to repair or replace the damaged property.

Item **9. Other Insurance** is deleted and the following substituted:

9. **Other Insurance**. If the property covered by this policy is also covered by other fire insurance, we will pay only the proportion of a loss caused by any peril insured against under this policy that the limit of liability applying under this policy bears to the total amount of fire insurance covering the property.

Item **13. Loss Payment** is deleted and the following substituted:

13. **Loss Payment**. We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 30 days after we receive your proof of loss and:

    a.  reach agreement with you; or

    b.  there is an entry of a final judgment; or

    c.  there is a filing of an appraisal award with us.

17. **Cancellation**. Paragraphs **b.2)**, **b.3)**, **b.4)**, **c.** and **d.** are deleted and the following substituted:

    b.  2)  When this policy has been in effect for less than 60 days and is not a renewal with us, we may not cancel this policy solely because you have accepted our offer of earthquake coverage. However, we may cancel for any other reason by letting you know at least 20 days before the date cancellation takes effect.

           However, in the event of a total loss to the dwelling, we will not cancel while any structure at the described location is being rebuilt except for reasons listed in 17. Cancellation b.1 and b.3.

DP 300CA (10-14)

      3)  When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may only cancel if there has been:

          a)  Conviction of a crime having as one of its necessary elements an act increasing the hazard insured against; or

          b)  Discovery of fraud or material misrepresentation; or

          c)  Discovery of grossly negligent acts or omissions substantially increasing any of the hazards insured against; or

          d)  Physical changes in the property insured against which results in the property becoming uninsurable. However, we may not cancel this policy solely because of physical changes that occur due to a total loss.

      This can be done by notifying you at least 30 days before the date cancellation takes effect.

      4)  When this policy is written for a period longer than one year, we may cancel for any reason at anniversary by notifying you at least 45 days before the date cancellation takes effect.

  c.  When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded. When the policy is cancelled, the return premium will be pro rata.

  d.  If, when we cancel this policy, the return premium is not refunded with the notice of cancellation, we will refund it within 25 days after we send the cancellation notice to you. If, when you cancel this policy, the return premium is not refunded when this policy is returned to us, we will refund it within 25 days of the date when we receive your notice of cancellation.

Item **18. Non-Renewal** is deleted and the following substituted:

**18. Non-Renewal**

  a.  We may elect not to renew this policy, subject to the provisions of **b.** below. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 45 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

  b.  We will not refuse to renew this policy solely because you have accepted our offer of earthquake coverage.

  c.  We will not refuse to renew this policy solely on the grounds that a claim is pending under the policy unless such a claim is made under coverage for loss caused by an earthquake.

  d.  We will not refuse to renew this policy solely on the basis of an "insured's" age.

  e.  If this policy is written for a period of less than one year, we agree not to refuse to renew except at the end of an annual period commencing with the original or renewal effective date.

The following is added:

**24. Dividends.**

  The first named insured is entitled to any dividends which are declared by the Board of Directors and are applicable to coverages in this policy.

All other provisions of this policy apply.

© Insurance Services Office, Inc., 1992

10783 (12-88)

## AMENDMENT OF CONDITIONS

**Number 13. Loss Payment**

The following is added to the Loss Payment provision:

If we have paid a loss for damage to your real or personal property, we will take appropriate deductions from any payment due for any subsequent loss for damage to the same covered real or personal property, unless you furnish us with proof that the prior damage has been repaired.

10783 (12-88)

ADP 0053823613-0                    INSURED COPY                    I9Z8 15238                    78    4,998

10940 (07-89)

**CALIFORNIA INSURANCE GUARANTEE ASSOCIATION**

**IMPORTANT INFORMATION FOR CALIFORNIA POLICYHOLDERS**

Companies writing property and casualty insurance business in California are required to participate in the California Insurance Guarantee Association.  If a company becomes insolvent the California Insurance Guarantee Association settles unpaid claims and assesses each insurance company for its fair share.

California law requires all companies to surcharge policies to recover these assessments.  If your policy is surcharged, "CA Surcharge" with an amount will be displayed on your premium notice.

10940 (07-89)

12687 (01-98)

## ADDITIONAL INSURED - LIABILITY

Named and Address of Person or Organization

**PETER & HELEN KIM LIVING TRUST**

**2029 VERDUGO BLVD PMB 253**

**MONTROSE, CA 91020-1626**

Residence Premises

**1925 LOMBARDY DR**

**LA CANADA FLINTRIDGE, CA 91011-1530**

Interest

**TRUST**

The definition of **INSURED** in this policy includes the person or organization named above with respect to Coverage L - Personal Liability and Coverage M - Medical Payments to Others.

This coverage does not apply to "bodily injury" to any employee arising out of or in the course of the employee's employment by the person or organization.

If this policy is cancelled or not renewed by us, the party named above will be notified in writing.

Copyright, Insurance Services Office, Inc., 1988

12687 (01-98)

13432 (01-98)

## ADDITIONAL INSURED - PROPERTY

Name and Address of Person or Organization

**PETER & HELEN KIM LIVING TRUST**

**2029 VERDUGO BLVD PMB 253**

**MONTROSE, CA 91020-1626**

Residence Premises

**1925 LOMBARDY DR**

**LA CANADA FLINTRIDGE, CA 91011-1530**

Interest

**TRUST**

The definition of **INSURED** in this policy includes the person or organization named above with respect to Coverage A - Dwelling, Coverage B - Appurtenant Structures.

If this policy is cancelled or not renewed by us, the party named above will be notified in writing.

Copyright, Insurance Services Inc., 1988

I9Z8   15238                    INSURED COPY                    78                    5,001

11796 (08-11)

## Notice to Consumers - California Residential Property Insurance Disclosure

This disclosure is required by Section 10102 of the California Insurance Code. This form provides general information related to residential property insurance and is not part of your residential property insurance policy. Only the specific provisions of your policy will determine whether a particular loss is covered and the amount payable. The information provided does not preempt existing California law.

### PRIMARY FORMS OF RESIDENTIAL DWELLING COVERAGE

> **You have purchased the coverage(s) checked below. NOTE: Actual Cash Value is the most limited level of coverage listed. Guaranteed Replacement Cost is the broadest level of coverage.**

___ **ACTUAL CASH VALUE COVERAGE** pays the costs to repair the damaged dwelling minus a deduction for physical depreciation. If the dwelling is completely destroyed, this coverage pays the fair market value for the dwelling at time of loss. In either case, coverage only pays for costs up to the limits specified in your policy.

___ **REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling, without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Coverage only pays for replacement costs up to the limits specified in your policy.

_X_ **EXTENDED REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Extended Replacement Cost provides additional coverage above the dwelling limits up to a stated percentage or specific dollar amount. See your policy for the additional coverage that applies.

___ **GUARANTEED REPLACEMENT COST COVERAGE** covers the full cost to repair or replace the damaged or destroyed dwelling for a covered peril regardless of the dwelling limits shown on the policy declarations page.

_X_ **BUILDING CODE UPGRADE COVERAGE,** also called Ordinance and Law coverage, is an important option that covers additional costs to repair or replace a dwelling to comply with the building codes and zoning laws in effect at the time of loss or rebuilding. These costs may otherwise be excluded by your policy. Meeting current building code requirements can add significant costs to rebuilding your home. Refer to your policy or endorsement for the specific coverage provided and coverage limits that apply.

**READ YOUR POLICY AND POLICY DECLARATIONS PAGE CAREFULLY:** The policy declarations page shows the specific coverage limits you have purchased for your dwelling, personal property, separate structures such as detached garages, and additional living expenses. The actual policy and endorsements provide the details on extensions of coverage, limitations of coverage, and coverage conditions and exclusions. The amount of any claim payment made to you will be reduced by any applicable deductibles shown on your policy declarations page. It is important to take the time to consider whether the limits and limitations of your policy meet your needs. Contact your agent, broker, or insurance company if you have questions about what is covered or if you want to discuss your coverage options.

11796 (08-11)

## INFORMATION YOU SHOULD KNOW ABOUT RESIDENTIAL DWELLING INSURANCE

**AVOID BEING UNDERINSURED:** Insuring your home for less than its replacement cost may result in your having to pay thousands of dollars out of your own pocket to rebuild your home if it is completely destroyed. Contact your agent, broker, or insurance company immediately if you believe your policy limits may be inadequate.

**THE RESIDENTIAL DWELLING COVERAGE LIMIT:** The coverage limits on the dwelling structure should be high enough so you can rebuild your home if it is completely destroyed. Please note:
- The cost to rebuild your home is almost always different from the market value.
- Dwelling coverage limits do not cover the value of your land.
- The estimate to rebuild your home should be based on construction costs in your area and should be adjusted to account for the features of your home. These features include but are not limited to the square footage, type of foundation, number of stories, and the quality of the materials used for items such as flooring, countertops, windows, cabinetry, lighting and plumbing.
- The cost to rebuild your home should be adjusted each year to account for inflation.
- Coverage limits for contents, separate structures, additional living expenses and debris removal are usually based on a percentage of the limit for the dwelling. If your dwelling limit is too low, these coverage limits may also be too low.

You are encouraged to obtain a current estimate of the cost to rebuild your home from your insurance agent, broker, or insurance company or an independent appraisal from a local contractor, architect, or real estate appraiser. If you do obtain an estimate of replacement value, and wish to change your policy limits, contact your insurance company. While not a guarantee, a current estimate can help protect you against being underinsured.

**DEMAND SURGE:** After a widespread disaster, the cost of construction can increase dramatically as a result of the unusually high demand for contractors, building supplies and construction labor. This effect is known as demand surge. Demand surge can increase the cost of rebuilding your home. Consider increasing your coverage limits or purchasing Extended Replacement Cost coverage to prepare for this possibility.

**CHANGES TO PROPERTY:** Changes to your property may increase its replacement cost. These changes may include the building of additions, customizing your kitchen or bathrooms, or otherwise remodeling your home. Failure to advise your insurance company of any significant changes to your property may result in your home being underinsured.

**EXCLUSIONS:** Not all causes of damage are covered by common homeowners or residential fire policies. You need to read your policy to see what causes of loss or perils are not covered. Coverage for landslide is typically excluded. Some excluded perils such as earthquake or flood can be purchased as an endorsement to your policy or as a separate policy. Contact your agent, broker, or insurance company if you have a concern about any of the exclusions in your policy.

**CONTENTS (PERSONAL PROPERTY) COVERAGE DISCLOSURE:** This disclosure form does not explain the types of contents coverage provided by your policy for items such as your furniture or clothing. Contents may be covered on either an actual cash value or replacement cost basis depending on the contract. Almost all policies include specific dollar limitations on certain property that is particularly valuable such as jewelry, art, or silverware. Contact your agent, broker or insurance company if you have any questions about your contents coverage. You should create a list of all personal property in and around your home. Pictures and video recordings also help you document your property. The list, photos, and video should be stored away from your home.

**CONSUMER ASSISTANCE:** If you have any concerns or questions, contact your agent, broker or insurance company. You are also encouraged to contact the California Department of Insurance consumer information line at (800) 927-HELP (4357), or at www.insurance.ca.gov for free insurance assistance.

11796 (08-11)

## CALIFORNIA RESIDENTIAL PROPERTY INSURANCE BILL OF RIGHTS

A consumer is entitled to receive information regarding homeowner's insurance. The following is a limited overview of information that your insurance company can provide:

- The insurance company's customer service telephone number for underwriting, rating, and claims inquiries.
- A written explanation for any cancellation or non-renewal of your policy.
- A copy of the insurance policy.
- An explanation of how your policy limits were established.
- In the event of a claim, an itemized, written scope of loss report prepared by the insurer or its adjustor within a reasonable time period.
- In the event of a claim, a copy of the Unfair Practices Act and, if requested, a copy of the Fair Claims Settlement Practices Regulations.
- In the event of a claim, notification of a consumer's rights with respect to the appraisal process for resolving claims disputes.
- An offer of coverage and premium quote for earthquake coverage, if eligible.

A consumer is also entitled to select a licensed contractor or vendor to repair, replace, or rebuild damaged property covered by the insurance policy.

The information provided herein is not all inclusive and does not negate or preempt existing California law. If you have any concerns or questions, contact your agent, broker, insurance company, or the California Department of Insurance consumer information line at (800) 927-HELP (4357), or at www.insurance.ca.gov for free insurance assistance.

This insurer reports claim information to one or more claims information databases. The claim information is used to furnish loss history reports to insurers. If you are interested in obtaining a report from a claims information database, you may do so by contacting:

Lexis-Nexis Consumer Center
(800) 456-6004
www.consumerdisclosure.com

13447 (03-93)

**LEAD PAINT EXCLUSION - DWELLING LIABILITY COVERAGE**

Under EXCLUSIONS, 16 has been added.

16. We do not pay for **bodily injury** or **property damage** that arises out of lead, the use of lead, any exposure to lead (including, but not limited to, lead paint, lead soldering, lead leaching, lead products, products containing lead) and/or any other lead related bodily injury or property damage of any type or form including, but not limited to, any bodily injury or property damage arising out of or alleged to have arisen out of any act, error, omission, failure to warn, or other alleged duty involving, but not limited to, lead use, exposure, existence, detection, removal, elimination or avoidance.

13447 (03-93)

13449 (5-95)

## INFLATION PROTECTION ENDORSEMENT
### DWELLING FIRE

The following Additional Policy Provision is hereby added to the policy:

INFLATION PROTECTION--The company may increase the limits of liability for Coverage A at the beginning of each policy period, based upon reports of recognized appraisal agencies, reflecting cost changes in construction.  Payment of the continuation premium will constitute the insured's acceptance of the revised limits of liability as shown on the Continuation Declarations.

13449 (5-95)

438BFU NS (05-42)

## LENDER'S LOSS PAYABLE ENDORSEMENT

1. Loss or damage, if any, under this policy, shall be paid to the Payee named on the first page of this policy, its successors and assigns, hereinafter referred to as "the Lender", in whatever form or capacity its interests may appear and whether said interest be vested in said Lender in its individual or in its disclosed or undisclosed fiduciary or representative capacity, or otherwise, or vested in a nominee or trustee of said Lender.

2. The insurance under this policy, or any rider or endorsement attached thereto, as to the interest only of the Lender, its successors and assigns, shall not be invalidated nor suspended: (a) by any error, omission, or change respecting the ownership, description, possession, or location of the subject of the insurance or the interest therein, or the title thereto; (b) by the commencement of foreclosure proceedings or the giving of notice of sale of any of the property covered by this policy by virtue of any mortgage or trust deed; (c) by any breach of warranty, act, omission, neglect, or non-compliance with any of the provisions of this policy, including any and all riders now or hereafter attached thereto, by the named insured, the borrower, mortgagor, trustor, vendee, owner, tenant, warehouseman, custodian, occupant, or by the agents of either or any of them or by the happening of any event permitted by them or either of them, or their agents, or which they failed to prevent, whether occurring before or after the attachment of this endorsement, or whether before or after a loss, which under the provisions of this policy of insurance or of any rider or endorsement attached thereto would invalidate or suspend the insurance as to the named insured, excluding herefrom, however, any acts or omissions of the Lender while exercising active control and management of the property.

3. In the event of failure of the insured to pay any premium or additional premium which shall be or become due under the terms of this policy or on account of any change in occupancy or increase in hazard not permitted by this policy, this Company agrees to give written notice to the Lender of such non-payment of premium after sixty (60) days from and within one hundred and twenty (120) days after due date of such premium and it is a condition of the continuance of the rights of the Lender hereunder that the Lender when so notified in writing by this Company of the failure of the insured to pay such premium shall pay or cause to be paid the premium due within ten (10) days following receipt of the Company's demand in writing therefor. If the Lender shall decline to pay said premium or additional premium, the rights of the Lender under this Lender's Loss Payable Endorsement shall not be terminated before ten (10) days after receipt of said written notice by the Lender.

4. Whenever this Company shall pay to the Lender any sum for loss or damage under this policy and shall claim that as to the insured no liability therefor exists, this Company, at its option, may pay to the Lender the whole principal sum and interest and other indebtedness due or to become due from the insured, whether secured or unsecured, (with refund of all interest not accrued), and this Company, to the extent of such payment, shall thereupon receive a full assignment and transfer, without recourse, of the debt and all rights and securities held as collateral thereto.

5. If there be any other insurance upon the within described property, this Company shall be liable under this policy as to the Lender for the proportion of such loss or damage that the sum hereby insured bears to the entire insurance of similar character on said property under policies held by, payable to and expressly consented to by the Lender. Any Contribution Clause included in any Fallen Building Clause Waiver or any Extended Coverage Endorsement attached to this contract of insurance is hereby nullified, and also any Contribution Clause in any other endorsement or rider attached to this contract of insurance is hereby nullified except Contribution Clauses for the compliance with which the insured has received reduction in the rate charged or has received extension of the coverage to include hazards other than fire and compliance with such Contribution Clause is made a part of the consideration for insuring such other hazards. The Lender upon the payment to it of the full amount of its claim, will subrogate this Company (pro rata with all other insurers contributing to said payment) to all of the Lender's rights of contribution under said other insurance.

6. This Company reserves the right to cancel this policy at any time, as provided by its terms, but in such case this policy shall continue in force for the benefit of the Lender for ten (10) days after written notice of such cancellation is received by the Lender and shall then cease.

7. This policy shall remain in full force and effect as to the interest of the Lender for a period of ten (10) days after its expiration unless an acceptable policy in renewal thereof with loss thereunder payable to the Lender in accordance with the terms of this Lender's Loss Payable Endorsement, shall have been issued by some insurance company and accepted by the Lender.

438BFU NS (05-42)                                                                                    Page 1 of 2

438BFU NS (05-42)

8.  Should legal title to and beneficial ownership of any of the property covered under this policy become vested in the Lender or its agents, insurance under this policy shall continue for the term thereof for the benefit of the Lender but, in such event, any privileges granted by this Lender's Loss Payable Endorsement which are not also granted the insured under the terms and conditions of this policy and/or under other riders or endorsements attached thereto shall not apply to the insurance hereunder as respects such property.

9.  All notices herein provided to be given by the Company to the Lender in connection with this policy and this Lender's Loss Payable Endorsement shall be mailed to or delivered to the Lender at its office or branch described on the first page of the policy.

Approved:
    Board of Fire Underwriters of the Pacific,
    California Bankers' Association,
            Committee on Insurance.

HO 277 (01-79)

**Building Ordinance or Law Coverage**

For an additional premium, loss for damage by a Peril Insured Against to the dwelling under Coverage A shall be settled on the basis of any ordinance or law regulating the construction, repair or demolition of the dwelling.

All other provisions of this policy apply.

Copyright, Insurance Services Office, Inc., 1979

HO 277 (01-79)

12567P (01-07)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### DWELLING REPLACEMENT COST

In return for your having:

1)  furnished us accurate information for replacement cost estimation,

2)  paid the additional premium, and

3)  agreed to notify us within 90 days of the start of any alterations which increase the replacement cost of your dwelling more than $5,000, and pay any resulting additional premium;

We will settle covered losses to the dwelling under Coverage **A**, up to 125% of the limit of liability shown in the Declarations for Coverage **A** as follows;

1)  we will pay the cost of repair or replacement, but not exceeding the replacement cost of that part of the building damaged, for like construction and use on the same premises;

2)  we will pay the actual cash value of the damage until actual repair or replacement is completed;

3)  We must be notified within 12 months after our payment for actual cash value that you intend to repair or replace the damaged property. 12 months is extended to 24 months if the loss or damage relates to a state of emergency under California law.

This endorsement does not increase the coverage limits of Coverage **B, C, D** or any additional coverages or sub-limits of the attached policy.

12567P (01-07)                                                                                                    **Page 1 of 1**

DL2482 (05-00)

# PERSONAL INJURY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

For an additional premium, under **COVERAGE L - PERSONAL LIABILITY, the definition bodily injury is** amended to include personal injury.

**Personal injury** means injury arising out of one or more of the following offenses:

1. False arrest, detention or imprisonment, or malicious prosecution;

2. Libel, slander or defamation of character; or

3. Invasion of privacy, wrongful eviction or wrongful entry.

**Business means:**

1. A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

2. Any other activity engaged in for money or other compensation, except the following;

   a. Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

   b. Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

   c. The rendering of home day care services to a relative of an **insured.**

The policy exclusions do not apply to **personal injury. Personal injury** insurance does not apply to:

1. Liability assumed by the **insured** under any contract or agreement except any indemnity obligation assumed by the **insured** under a written contract directly relating to the ownership, maintenance or use of the premises;

2. Injury caused by a violation of a penal law or ordinance committed by or with the knowledge or consent of an **insured;**

3. Injury sustained by any person as a result of an offense directly or indirectly related to the employment of this person by the **insured;**

4. Injury arising out of or in connection with a **business** engaged in by an **insured.** This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstances, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the **business;**

5. Civic or public activities performed for pay by an **insured;** or

6. Injury to you or an **insured** within the meaning of **insured** as defined in Comprehensive Personal Liability Endorsement (13412) or Dwelling Liability Coverage (13410).

All other provisions of this policy apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc. 1994

13410 (12-86)

## DWELLING LIABILITY COVERAGE

This coverage is subject to the **terms** shown below. Policy **terms** that relate to cancellation, changes made to the policy, examination of books and records, inspections and surveys, and assignment or transfer of rights or duties also apply.

## DEFINITIONS

1. **Auto -** This means a land motor vehicle, a trailer or a semi-trailer which is designed for use on public roads. **Auto** includes attached machinery and equipment.

2. **Bodily Injury -** This means bodily harm, sickness or disease to a person which occurs during the policy period. **Bodily Injury** includes death resulting therefrom.

3. **Business -** This means a trade, profession or occupation, whether full or part time. **Business** does not include:

   a. an incidental office, professional, private school or studio occupancy on the **insured premises.**

   b. rental of the **insured premises** to others for rooming or boarding use.

   c. rental of car space at the **insured premises.**

4. **Incidental Contract -** This means a written:

   a. lease of premises.

   b. easement agreement.

   c. promise to indemnify a municipality for a loss if it is required by an ordinance, except if the work is done for the municipality.

5. **Insured -** If shown on the declarations as:

   a. an "individual", **insured** means **you, your** spouse and relatives if residents of **your** household, and persons under the age of 21 in **your** care or in the care of **your** spouse or resident relatives.

   b. a "partnership" or a "joint venture", **insured** means **you,** all partners and members, and spouses, but only with respect to their liability as such.

   c. an "organization" (other than a "partnership" or a "joint venture"), **insured** means the organization and all of its executive officers, directors or stockholders, but only with respect to their liability as such.

   **Insured** includes:

   ® an organization or a person, other than **your** employee, while acting as **your** real estate manager.

   ® **your** legal representative if **you** die while insured by this policy, but only while acting within the scope of duties as such.  **Insured** also includes a person who has custody of **your** property until **your** legal representative is appointed, but only with respect to **your** property.

6. **Insured Premises -** This means:

   a. the one-to four-family dwelling shown on the declarations, and the grounds at that location.

   b. an incidental garage or stable.

   c. an incidental garden on land not owned by **you.**

   d. **your** cemetery lots and **your** burial vaults.

   e. all access ways adjoining the **insured premises.**

ADP 0053823613-0                    INSURED COPY              I9Z8 15238              78    5,012

13410 (12-86)

7.  **Limit** - This means the limit of liability that applies for the coverage.

8.  **Occurrence** - This means an accident and includes loss from repeated exposure to similar conditions.

9.  **Property Damage** - This means:

    a.   physical injury or destruction of tangible property.

    b.   the loss of use of tangible property.

10.  **Recreational Motor Vehicle** - This means a self-propelled land vehicle (regardless of the method of surface contact), including its trailer and all parts and equipment, that is designed or is used for leisure time activities. **Recreational Motor Vehicle** does not include a vehicle:

    a.   if it is subject to motor vehicle registration.

    b.   if it was originally designed for use on public roads.

11.  **Terms** - This means all provisions, limitations, exclusions, conditions and definitions of this coverage.

12.  **We, Us, Our** - These words mean the company providing this coverage.

13.  **You, Your** - These words mean the persons or organizations named on the declarations.

## PRINCIPAL COVERAGES

### COVERAGE L - Bodily Injury or Property Damage

We pay, up to **our limit**, all sums for which an **insured** is liable by law because of **bodily injury** or **property damage** caused by an **occurrence** arising out of an **insured premises** or its incidental operations. We will defend a suit seeking damages if the suit results from such **bodily injury** or **property damage. We** may make investigations or settle claims or suits that we decide are appropriate. **We** do not have to provide a defense after **we** have paid an amount equal to **our limit** as a result of a judgement or a written settlement.

### Coverage M - Medical Payments to Others

**We** pay the necessary medical expenses if they are incurred or medically determined within one year from the date of an accident causing covered **bodily injury.** Medical expenses means the reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, funeral services, prosthetic devices, and eyeglasses, including contact lenses.

## INCIDENTAL COVERAGES

These are additional coverages and are subject to all the **terms** of the Principal Coverages.

1.  Claims and Defense Expense Coverage - If **we** defend a suit, **we** pay:

    a.   the costs taxed to an **insured.**

    b.   the costs incurred by **us.**

    c.   the actual loss of earnings by an **insured** for time spent away from work at **our** request.  We pay up to $100 per day.

    d.   the necessary costs incurred by **you** at **our** request.

    e.   the interest which accrues after the entry of a judgment, but ending when **we** tender or pay up to **our limit.**

    f.   the cost of appeal bonds or bonds for the release of attachments for bond amounts up to **our limit. We** are not required to apply for or furnish bonds.

ADP 0053823613-0                              INSURED COPY                    I9Z8 15238              78    5,013

13410 (12-86)

   g.  the cost, up to $500, for bail bonds required of an **insured** because of an accident or traffic violation arising out of the use of a vehicle to which this coverage applies. **We** are not required to apply for or furnish bonds.

2.  First Aid Expense Coverage - **We** pay the costs incurred by an **insured** for first aid to persons, other than **insureds,** for covered **bodily injury.**

**EXCLUSIONS**

1.  **We** do not pay for **bodily injury** or **property damage** which is expected by, directed by, intended by or arises out of an act of force by an **insured.** An act of force does not include the use of reasonable force to protect persons or property from an act of crime.

2.  **We** do not pay for **bodily injury** or **property damage** liability which is assumed under a contract or an agreement. This exclusion does not apply to an **incidental contract.**

3.  **We** do not pay for **bodily injury** or **property damage** which arises out of the ownership, operation, maintenance, use, occupancy, renting, loaning, entrusting, supervision, loading or unloading of:

   a.  an aircraft.

   b.  an **auto.**

   c.  a **recreational motor vehicle** while it is off the **insured premises.**

   d.  a watercraft while it is not ashore on the **insured premises.** This exclusion does not apply if the watercraft:

      1)  is not owned by **you;**

      2)  is less than 26 feet in length; and

      3)  is not being used to carry persons or property for a charge.

4.  **We** do not pay for **bodily injury** or **property damage** which arises out of the use of a **recreational motor vehicle** in, or in the practice or the preparation for, racing, speed, pulling or pushing, demolition or stunt activities or contests.

5.  **We** do not pay for **bodily injury** or **property damage** which arises out of war. War includes undeclared war, civil war, insurrection, rebellion, revolution or an act or a condition of war. This exclusion applies only with respect to:

   a.  liability assumed by an **insured** under an **incidental contract.**

   b.  expenses for first aid as provided under the Incidental Coverages.

6.  **We** do not pay for **bodily injury** or **property damage** arising out of the conduct of a partnership or a joint venture that is not shown on the declarations.

7.  **We** do not pay for **bodily injury** or **property damage** that arises out of an **occurrence** for which an **insured** is also an insured under a nuclear energy liability policy or would be an insured but for the exhaustion of its limits. (A nuclear energy liability policy is a policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability of Underwriters, Nuclear Insurance Association of Canada, or their successors.)

8.  **We** do not pay for **bodily injury** or **property damage** that arises out of a **business** activity conducted on the **insured premises**

9.  **We** do not pay for **bodily injury** or **property damage** that arises out of work being performed by **you** or on **your** behalf to change the use of the **insured premises** to other than that of a residence.

10.  **We** do not pay for **bodily injury** or **property damage** that arises out of the rendering of or the failing to render a professional service.

11.  **We** do not pay for **bodily injury** or **property damage** that results from an animal of an **insured** while it is away from the **insured premises.**

**13410 (12-86)**                                            **Page 3 of 5**

13410 (12-86)

12. **We do not pay for bodily injury** or **property damage** which arises out of the discharge, dispersal, release or the escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or a water course, body of water, bog, marsh, swamp or wetland, except if such discharge, dispersal, release or escape is sudden and accidental.

13. **We do not pay for bodily injury** provided or are required to be provided by an **insured** under a worker's compensation, non-occupational disability, occupational disease or like law.

14. **We do not pay for:**

    a. **bodily injury** to an employee of an **insured** if it occurs in the course of employment.

    b. consequential injuries to a spouse, child, parent, brother or sister of such injured employee.

    This exclusion applies to an obligation of an **insured** to pay another because of damages arising out of the injury. This exclusion does not apply to liability assumed by an **insured** under an **incidental contract.**

15. **We do not pay for property damage** to property owned by, occupied by, rented to, used by, or in the care, custody or control of an **insured.**

## WHAT YOU MUST DO IN CASE OF LOSS

1. NOTICE -

    a. In the case of an **occurrence**, or in an **insured** becomes aware of anything that indicates that there might be a claim under this coverage, the **insured** must promptly give **us** or **our** agent notice. The notice must be in writing if requested.

    b. The notice to **us** must state:

        1) the **insured's** name;

        2) the policy number;

        3) the time, the place and the circumstances of the **occurrence**; and

        4) the names and addresses of all known potential claimants and witnesses.

2. Cooperation - The **insured** must cooperate with **us**

3. Volunteer Payments - An **insured** must not make payment or assume obligations or other costs except at the **insured's** own cost. This does not apply to first aid to others at the time of **bodily injury.**

4. Other Duties -

    a. If a claim is made or a suit is brought, the **insured** must:

        1) promptly send to us copies of all legal papers, demands **us** copies of all legal papers, demands and notices; and

        2) at **our** request, assist in:

            a) a settlement;

            b) the conduct of suits. This includes the attendance at trials or hearings;

            c) the enforcing of rights against all parties who may be liable to an **insured** for the injury or damage;

            d) the securing of and giving of evidence; and

            e) obtaining the attendance of all witnesses.

    b. In the case of a medical payments loss:

13410 (12-86)                                                                    **Page 4 of 5**

13410 (12-86)

    1) the injured person (or one acting on such person's behalf) must:

        a) give **us** written proof of claim (under oath if requested) as soon as practical; and

        b) give **us** permission to get copies of the medical records.

    2) the injured person must submit to physical exams by doctors chosen by **us** when and as often as **we** may reasonably require.

## HOW MUCH WE PAY

1. **Limits** - The **limits** stated on the declarations are the most that **we** pay for a single **occurrence** regardless of the number of:

    a. persons who are insured by this coverage;

    b. persons or organizations who sustain injury or damage; and

    c. claims made or suits brought.

    If the **limit** shown on the declarations is a combined single **limit** for **bodily injury** and **property damage**, such amount is **our** total **limit** for a single **occurrence.**

    The payment of a claim made under Coverage M does not mean that **we** are liable under Coverage L.

2. **Other Insurance - Coverage L - Bodily Injury and Property Damage**

    This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

## WHEN LOSS OR CLAIM IS PAYABLE

A person or organization is entitled to recover under this coverage to the extent of coverage provided if:

1. a judgment is secured against an **Insured** for an insured loss; or

2. liability is established by a written agreement between the claimant, an **Insured** and **us.**

## CONDITIONS

1. Bankruptcy - Bankruptcy or insolvency of an **Insured** does not relieve **us** of **our** obligations for this coverage.

2. Suit Against Us - No suit may be brought against **us** unless:

    a. all the **terms** of this coverage have been complied with; and

    b. the amount of an **Insured's** liability has been fixed by:

        1) a final judgment against an **Insured** as a result of a trial; or

        2) a written agreement by an **Insured,** the claimant and **us**

    No person has a right under this coverage to join **us** or impead **us** in actions that are brought to fix an **insured's** liability.

3. Subrogation - If **we** pay under this coverage, **we** may require from an **insured** an assignment of the rights of recovery. **We** are not liable for an **occurrence** if an **insured** impairs **our** right to recover. **You** may waive **your** right to recover, in writing, before an **occurrence** takes place, without voiding coverage.

Copyright, Insurance Services, Inc., 1984

15363 (12-01)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## FUNGI OR BACTERIA ENDORSEMENT

FOR USE WITH ALL FORMS

SCHEDULE*

The limit of liability applies to the total of all loss payable under this endorsement, regardless of the number of "occurrences", the number of claims made, or the number of locations insured under this endorsement and listed in this Schedule.

**Property Coverage Limit of Liability for the Other Coverage "Fungi" Or Bacteria**            $      5,000

*Entries may be left blank if shown elsewhere in this policy for this coverage.

**DEFINITIONS**

The following definition is added:

"Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**OTHER COVERAGES**

Under OTHER COVERAGES, 9. is added:

9.  **"Fungi" or Bacteria**

   a.  The amount shown in the Schedule above is the most we will pay for:

      1)  The total of all loss payable under **COVERAGE A - DWELLING, COVERAGE B - OTHER STRUCTURES, COVERAGE C - PERSONAL PROPERTY, COVERAGE D - FAIR RENTAL VALUE** and **COVERAGE E - ADDITIONAL LIVING EXPENSE** caused by "fungi" or bacteria;

      2)  The cost to remove "fungi" or bacteria from property covered under **COVERAGE A - DWELLING, COVERAGE B - OTHER STRUCTURES, COVERAGE C - PERSONAL PROPERTY, COVERAGE D - FAIR RENTAL VALUE** and **COVERAGE E - ADDITIONAL LIVING EXPENSE;**

      3)  The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi" or bacteria; and

      4)  The cost of testing of air or property to confirm the absence, presence or level of "fungi" or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of "fungi" or bacteria.

   b.  The coverage described in 9. a. only applies when such loss or costs are a result of a Perils Insured Against that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the Perils Insured Against occurred.

   c.  The amount shown in the Schedule for this coverage is the most we will pay for the total of all loss or costs payable under this Other Coverage regardless of the:

      1)  Number of locations insured under this endorsement; or

      2)  Number of claims made.

   This coverage does not increase the limit of liability applying to the damaged covered property.

   (This is Other Coverage 8. in Form DP 1)

15363 (12-01)                                                                                      Page 1 of 2

15363 (12-01)

**PERILS INSURED AGAINST**

In form **DP3** and endorsement **DP65:**

**COVERAGE A - DWELLING** and **COVERAGE B - OTHER STRUCTURES**

9. is deleted and replaced by the following:

9. wear and tear; marring; deterioration; inherent vice; latent defect; mechanical breakdown; rust; wet or dry rot; contamination; smog; smoke from agricultural smudging or industrial operations; settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings; birds, vermin, rodents, insects or domestic animals. If any of these cause water to escape from a plumbing, heating or air conditioning system or household appliance, we cover loss caused by the water. We also cover the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

**GENERAL EXCLUSIONS**

The following Exclusion is added:

We will not pay for loss or damage caused directly or indirectly by or resulting from "fungi" or bacteria of any type regardless of the cause of the growth, proliferation or accretion except as provided by Other Coverage **9. (8., in DP 1) "Fungi" or Bacteria.**

The provisions of the policy apply unless modified by this endorsement.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc. 2001

15367 (12-01)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## OWNER, LANDLORD AND TENANT
## FUNGI OR BACTERIA EXCLUSION

**DEFINITIONS**

The following definition is added:

**Fungi**

**Fungi** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**EXCLUSIONS**

The following exclusion is added:

16. **We** do not pay for **bodily injury** or **property damage** or where added by endorsement, **personal injury** which would not have occurred in whole or in part but for:

Fungi or bacteria injury or damage including, but not limited to, any injury or damage arising out of or alleged to have arisen out of any act, error, omission, failing to warn or other duty involving **fungi** or bacteria, its exposure, existence, detection, removal, elimination or avoidance or actions arising from a failure to disclose the presence of **fungi** or bacteria.

The provisions of the policy apply unless modified by this endorsement.

15367 (12-01)

12680 (01-98)

# PERSONAL LIABILITY SCHEDULE

This endorsement is made part of policy No. _____ ADP _____ 0053823613 _____ 0 _____ of the

__AMCO INSURANCE COMPANY_____ .

The insurance afforded by this endorsement shall apply as indicated below, subject to the terms and conditions of the policy that apply.

| Coverages | Limit of Liability | | Premium |
|---|---|---|---|
| **L** - Personal Liability | $ 500,000 | each occurrence | $ 39.00 |
| **M** - Medical Payments | $ 1,000 | each person | $ 4.00 |
| | $ 10,000 | each accident | |
| **N** - Physical Damage to Property | $ _____ | each occurrence | $ _____ |

Insured locations: __001_____

Total  $ 43.00

Includes Copyrighted Material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1988

19Z8   15238          INSURED COPY          78          5,020

**EXHIBIT 2**

# DAILY|ALJIAN

April 13, 2018

## VIA CERTIFIED AND ELECTRONIC MAIL
Peter and Helen Kim
5129 Caroli Ln.
La Canada Flintridge, CA 91011

Re:   *1925 Lombardy Drive, La Canada Flintridge, CA 91011*

Dear Mr. and Mrs. Kim:

We are legal counsel for Alan Jackson and Lisa Kassabian (collectively, "Claimants") regarding the recent water damage at the property located at 1925 Lombardy Drive, La Canada Flintridge, California 91011 (the "Property"). We write to provide notice of Claimants' claim as required under Civil Code section 895, *et seq.*, commonly known as the Right To Repair Act (the "Act").

Claimants' names are Alan Jackson and Lisa Kassabian. Their address is 1925 Lombardy Drive, La Canada Flintridge, California 91011. Claimants' preferred method of contact is to contact me at my offices. Claimants allege a violation of Civil Code section 896(a), subsections 7-13. Specifically, Claimants understand that you sold the Property in November 2017 with material deficiencies in the residential construction, design, specifications, surveying, planning, supervision, testing and observation of construction, including, without limitation, the following: foundation system and slab on the westerly portion of the property that allowed water and water vapor to enter into the structure causing damage to other building components, including interior walls, flooring and other structural and cosmetic components; foundation system and slab on the westerly portion of the Property that allowed water and water vapor to enter into the structure that now limits the installation of the type of flooring materials typically used for a finished home theater and bar, which is how the area in question was advertised and sold; landscaping systems and drainage systems that were installed as part of the construction, which were installed in such a defective way as to cause water and water vapor and soil erosion to enter into and come in contact with the structure, which caused severe damage to other building components, including interior walls, flooring and other structural and cosmetic components; exterior westerly-facing walls, framing and wall finishes and fixtures, and the systems of those components, which allowed unintended water to pass into the structure and to pass beyond, around and through the designed or actual moisture barriers of the system (note that for purposes of this description, "systems" include, without limitation, framing, substrate, flashings, trim, wall assemblies, and internal wall cavities to the extent they exist), which caused severe damage to other building components, including interior walls, flooring and other structural and cosmetic components; exterior westerly-facing walls and siding that allowed excessive condensation to enter the structure, which caused severe damage to

other building components, including interior walls, flooring and other structural and cosmetic components; retaining walls and their associated drainage systems on the westerly and southerly portion of the Property that allowed unintended water to pass beyond, around and through their designed or actual moisture barriers including, without limitation, any internal barriers, which caused severe damage to other building components, including interior walls, flooring and other structural and cosmetic components; retaining walls and their associated drainage systems on the westerly and southerly portion of the property that allowed water to flow beyond, around and through the area designated by design, which caused severe damage to other building components, including interior walls, flooring and other structural and cosmetic components (the "Defect"). You did not disclose this Defect to Claimants. And, Claimants were not otherwise aware of the Defect at or before the time of the sale.

Because of the severity of the Defect, in order to facilitate the removal of water, water damage, moisture and mold, the entire home theater and bar area was torn almost completely out, including the destruction and removal of drywall, plumbing and plumbing fixtures, custom hardwood flooring, custom cabinetry, counter tops, bar tops, back splashes, sinks and vanities, door framing, custom molding, kick plates, and other structural and cosmetic components.

Claimants hired Servpro Restoration Services ("Servpro") to perform these mitigation services. I have attached selected photographs of the work performed by Servpro for your review and the invoice for the services rendered, totaling $3,920.06. Although the damages have been mitigated, at least in part, the Defect has not been repaired.

Claimants hereby request reimbursement of the $3,920.06 paid to Servpro and your agreement to repair the Defect. If we do not hear from you within the statutory time period and/or you otherwise fail to follow the provisions of the Act, we have been instructed to file an action to recover Claimants' damages, including the cost of the repairs, as well as their attorneys' fees, costs, and expenses.

In addition, as per the Act, Claimants hereby request copies of the following documents: (1) all plans, specifications, mass or rough grading plans, final soils reports, and any available engineering calculations used to construct the Property (this request is made relative to the structural provisions of the Right To Repair Act); (2) all maintenance and preventative maintenance recommendations relating to the Property; and (3) all contractual warranties relating to your construction and/or sale of the Property.

If you have any questions or concerns, please feel free to contact me.

Very truly yours,

DAILY ALJIAN LLP

Reed Aljian

Encl.

cc:     Alan Jackson



**SERVPRO**

Marquise, Inc.
Servpro of Hollywood Hills/Los Feliz
Servpro of Hancock Park/Hollywood
Phone: (323) 667-3100  Fax: (323) 667-2600

# Invoice

| Invoice # |
|---|
| 5193468 |

| Bill To |
|---|
| Alan Jackson |
| 1925 Lombardy Drive |
| La Cañada Flintridge, CA 91011 |
| 310-927-0555 |

| Job Location |
|---|
| Alan Jackson |
| 1925 Lombardy Drive |
| La Cañada Flintridge, CA 91011 |
| 310-927-0555 |

| Job Date | Rep | Terms |
|---|---|---|
| 4/12/2018 | | |

| Description | Amount |
|---|---|
| Residential water damage restoration. | 3,920.06 |
| Sales Tax | 0.00 |

| | |
|---|---|
| Total | $3,920.06 |
| Payments/Credits | $0.00 |
| **Balance Due** | $3,920.06 |

Each SERVPRO® Franchise is Independently Owned and Operated









SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Peter Kim, an individual, and DOES 1 through 50, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Alan Jackson, an individual, and Lisa Kassabian, an individual,

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUL 03 2018

Sherri R. Carter, Executive Officer/Clerk
By: _____, Deputy
Kim E. Clark

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.
   You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
   ¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.
   Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
   Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* Glendale Courthouse<br>600 East Broadway<br>Glendale, CA 91206 | CASE NUMBER: *(Número del Caso):* EC068617 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Reed Aljian; Daily Aljian LLP; 100 Bayview Circle Suite 5500, Newport Beach, CA 92660; 949-861-2524

| | | | | |
|---|---|---|---|---|
| DATE: *(Fecha)* JUL 0 3 2018 | SHERRI R. CARTER | Clerk, by *(Secretario)* KIM CLARK | | , Deputy *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 (Rev. July 1, 2009) | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |

1   **DAILY ALJIAN LLP**
2   Reed Aljian (State Bar No. 211010)
    *ra@dallp.com*
3   100 Bayview Circle, Suite 5500
    Newport Beach, CA 92660
4   Telephone:   949.861.2524
    Facsimile:   949.269.6364
5
6   Attorneys for Plaintiffs
    ALAN JACKSON and LISA KASSABIAN
7

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUL 03 2018

Sherri R. Carter, Executive Officer/Clerk
By: _Kim C. Clark_, Deputy
Kim E. Clark

8           SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                     COUNTY OF LOS ANGELES

10  ALAN JACKSON, an individual, and
11  LISA KASSABIAN, an individual,

12              Plaintiffs,

13      v.

14  PETER KIM, an individual, and DOES
15  1 through 50, inclusive,

16              Defendants.

CASE NO.:  **EC068617**

COMPLAINT OF PLAINTIFFS ALAN
JACKSON AND LISA KASSABIAN
AGAINST DEFENDANT PETER KIM

JURY TRIAL REQUESTED

SUMMONS ISSUED

**By Fax**

DAILY ALJIAN LLP
Newport Beach, California

1
COMPLAINT

1       Plaintiffs ALAN JACKSON and LISA KASSABIAN ("Plaintiffs") hereby

2 complain against Defendant PETER KIM ("Mr. Kim"), and DOES 1 through 50, as

3 follows:

4                    **BRIEF SUMMARY OF CASE**

5      1.   Plaintiffs ALAN JACKSON and LISA KASSABIAN are husband and wife

6 and are the owners and residents of the real property located at 1925 Lombardy Drive, La

7 Canada Flintridge, CA 91011 (the "Property.")

8      2.   Plaintiffs are informed, believe, and based thereon allege that, at all times

9 relevant, Mr. Kim was and is a resident of La Canada Flintridge, California.

10      3.   DOES 1 through 50, inclusive, are fictitious names of defendants whose true

11 names and capacities are, at this time, unknown to Plaintiffs. Plaintiffs are informed,

12 believe, and based thereon allege that each of the defendants designated herein as a DOE

13 are in some manner legally responsible for the damages and injuries as are alleged in this

14 complaint. The DOE defendants include, among other parties, investors, members

15 builders, developers, contractors, subcontractors, material suppliers, design professionals,

16 product manufacturers, and vendors involved in the construction and sale of the Property.

17 Plaintiffs sue those defendants by such fictitious names pursuant to Civil Procedure Code

18 section 474 and will amend this complaint to show their true names and capacities when

19 they have been ascertained.

20      4.   Plaintiffs are informed, believe and based thereon allege that Mr. Kim

21 originally acquired the Property in or about September 2015.

22      5.   Plaintiffs are informed, believe and based thereon allege that Mr. Kim

23 purchased the Property with the intention of remodeling the Property and then placing the

24 Property on the market for sale at a profit (the "Project").

25      6.   Plaintiffs are informed, believe and based thereon allege that Mr. Kim

26 designed and managed the Project, including acting as the owner, builder, and general

27 contractor for the Project.

28

<div align="center">1<br>COMPLAINT</div>

DAILY ALJIAN LLP
Newport Beach, California

DAILY ALJIAN LLP
Newport Beach, California

7.      Plaintiffs are informed, believe and based thereon allege that, unbeknownst to Plaintiffs, Mr. Kim and DOES 1-50 failed to exercise reasonable care in the Property's design and construction and used substandard workmanship and materials, resulting in defective construction (the "Defects").

8.      Plaintiffs are informed, believe and based thereon allege that, as a result of these Defects, Plaintiffs have suffered actual damages.

### JURISDICTION AND VENUE

9.      This Court has jurisdiction over the defendants because they are either individuals residing in the State of California, corporations or associations organized under the laws of the State of California, corporations or associations authorized to do business in California and registered with the California Secretary of State, or they do sufficient business in California, have sufficient minimum contacts with California or otherwise intentionally avail themselves of the laws and markets of California, through the promotion, sale, marketing and distribution of their products in California, to render the exercise of jurisdiction by the California courts permissible.

10.     Venue is proper in this Court pursuant to Civil Procedure Code section 392. The property that is the subject matter of this action is commonly described as 1925 Lombardy Drive, La Canada Flintridge, California 91011 and legally described as Parcel No. LA1762621, with the following legal description: "THAT PORTION OF LOT(S) 21 OF THE SUBDIVISION OF THE RANCHO LA CANADA, IN THE CITY OF LA CANADA FLINTRIDGE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 4, PAGE(S) 351 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS: BEGINNING AT A POINT IN THE SOUTH LINE OF TRACT NO. 5584, AS PER MAP RECORDED IN BOOK 63, PAGE(S) 42 AND 43 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DISTANT NORTH 89° 39' 56" WEST THEREON 225.00 FEET FROM THE

- 2 -
COMPLAINT

SOUTHEAST CORNER OF SAID TRACT NO. 5584; THENCE NORTH 89° 39' 56"
WEST ALONG SAID SOUTH LINE 160.00 FEET; THENCE SOUTH 0° 20' 04" WEST
140.12 FEET TO THE NORTH LINE OF LOMBARDY DRIVE, 50 FEET WIDE;
THENCE SOUTH 89° 39' 56" EAST ALONG SAID LOMBARDY DRIVE, A
DISTANCE OF 45.00 FEET TO THE TRUE POINT OF BEGINNING OF THIS
DESCRIPTION; THENCE CONTINUING ALONG SAID LOMBARDY DRIVE,
SOUTH 89° 39' 56" EAST 42.05 FEET TO THE BEGINNING OF A TANGENT
CURVE CONCAVE TO THE SOUTHWEST AND HAVING A RADIUS OF 229.33
FEET; THENCE EASTERLY ALONG SAID CURVE 74.24 FEET TO THE EAST
LINE OF THE LAND DESCRIBED IN THE DEED TO MENZO WILLIAMS
RECORDED IN BOOK 10531 PAGE 277 OF OFFICIAL RECORDS; THENCE
NORTH 0° 20' 04" EAST ALONG SAID EAST LINE 119.81 FEET TO THE MOST
EASTERLY SOUTHEAST CORNER OF THE LAND DESCRIBED IN PARCEL 1 IN
THE DEED TO LOZELLE J. HATCH AND WIFE RECORDED NOVEMBER 12, 1965
IN BOOK D-3112 PAGE 506 OF OFFICIAL RECORDS; THENCE ALONG THE
SOUTHERLY AND EASTERLY LINE OF SAID LAND OF HATCH NORTH 89°
39'56" WEST 115.00 FEET AND SOUTH 0° 20' 04" WEST 107.90 FEET TO THE
TRUE POINT OF BEGINNING. EXCEPTING THEREFROM THAT PORTION OF
LOT 21 OF THE SUBDIVISION OF THE RANCHO LA CANADA AS PER MAP
RECORDED IN BOOK 4 PAGE 351 OF MISCELLANEOUS RECORDS IN THE
OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS
FOLLOWS: BEGINNING AT A POINT IN THE SOUTH LINE OF TRACT NO. 5584,
AS PER MAP RECORDED IN BOOK 63 PAGES 42 AND 43 OF MAPS, IN THE
OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DISTANT NORTH 89°
39' 56" WEST THEREON 225.00 FEET FROM THE SOUTHEAST CORNER OF SAID
TRACT NO. 5584; THENCE NORTH 89° 39' 56" WEST ALONG SAID SOUTH LINE
160 FEET; THENCE SOUTH 0° 20' 04", WEST 140.12 FEET TO THE NORTH LINE

DAILY ALJIAN LLP
Newport Beach, California

- 3 -
COMPLAINT

OF LOMBARDY DRIVE; THENCE EAST ALONG THE NORTH LINE OF LOMBARDY DRIVE, A DISTANCE OF 45 FEET; THENCE NORTH 0° 20' 04" EAST 94.90 FEET TO THE TRUE POINT OF BEGINNING; THENCE SOUTH 89° 39' 56" EAST 6 FEET; THENCE NORTH 22° 20' 04" EAST 14.02 FEET THENCE NORTH 89° 39' 56" WEST 11.25 FEET; THENCE SOUTH 0° 20' 04" WEST 13 FEET TO THE TRUE POINT OF BEGINNING. SAID LAND IS DESCRIBED IN THE CERTIFICATE OF COMPLIANCE RECORDED MARCH 23, 2000 AS INSTRUMENT NO. 00-429804, OF OFFICIAL RECORDS."

### FIRST CAUSE OF ACTION

For Negligence

**(Against Defendant Peter Kim and DOES 1-50)**

11.     Plaintiffs re-allege and incorporate by reference, as though fully set forth herein, all of the preceding paragraphs herein.

12.     In their capacities as owner, architect, builder, general contractor, contractor, subcontract, material supplier, manufacture, and/or other third party involved in the Project, Plaintiffs are informed, believe, and based thereon allege that the Mr. Kim and Does 1-50 each owed Plaintiffs duties of care regarding the Project.

13.     Plaintiffs are informed, believe, and based thereon allege that the Mr. Kim and Does 1-50 failed to exercise proper care and used substandard workmanship and materials in connection with the Project, resulting in deficient and/or defective construction.

14.     Plaintiffs are informed, believe, and based thereon allege that Plaintiffs have suffered damages in excess of the Court's jurisdictional limits, in an amount according to proof at trial.

15.     Plaintiffs are informed, believe, and based thereon allege that Mr. Kim and Does 1-50 negligence were substantial factors in causing Plaintiffs' damages.

DAILY ALJIAN LLP
Newport Beach, California

- 4 -

COMPLAINT

<div style="text-align:center; writing-mode: vertical;">DAILY ALJIAN LLP.<br>Newport Beach, California</div>

1                            **PRAYER FOR RELIEF**

2            WHEREFORE, Plaintiffs pray for judgment against Peter Kim and DOES 1-50 as

3 follows:

4            1.      For compensatory damages in an amount to be proven at trial, including but

5 not limited to cost of repair, cost of relocation and storage expenses during repairs, and

6 lost profits;

7            2.      For reasonable investigative costs and expert fees;

8            3.      For contractual attorneys' fees and expenses;

9            4.      For costs of suit;

10           5.      For interest at the legal rate; and

11           6.      For any and all further relief that this court may deem just and proper.

12 Dated:     July 3, 2018                DAILY ALJIAN LLP

13

14                                       By:

15                                       Reed Aljian

16                                       Attorneys for Plaintiffs
                                    ALAN JACKSON and LISA

17                                       KASSABIAN

18                         **JURY TRIAL DEMANDED**

19            Plaintiffs demand a trial by jury.

20 Dated:     July 3, 2018                DAILY ALJIAN LLP

21

22

23                                       By:

24                                       Reed Aljian
                                    Attorneys for Plaintiffs

25                                       ALAN JACKSON and LISA
                                    KASSABIAN

26

27

28

<div style="text-align:center;">- 5 -</div>

<div style="text-align:center;">COMPLAINT</div>

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

CASE NAME:     *ALAN JACKSON, an individual, and LISA KASSABIAN, an
               individual v. PETER KIM, an individual, and DOES 1 through
               100, inclusive.*

       I am employed in the City of Newport Beach, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 100 Bayview Circle, Suite 5500, Newport Beach, California 92660. On August 14, 2018, I caused the foregoing document(s) to be served on:

**NOTICE OF INTENTION TO PERFORM REPAIRS AND OPPORTUNITY TO
INSPECT AND TEST**

on the following parties:

    Peter Kim
    5129 Caroll Lane
    La Canada Flintridge, CA 91011

[X]    (BY CERTIFIED MAIL)  I caused each such envelope, with certified postage thereon fully prepaid, to be placed in the United States mail at Newport Beach, California.  I am readily familiar with the practice of DAILY ALJIAN LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[X]    (BY ELECTRONIC TRANSMISSION) The above-referenced document was transmitted by e-mail per CCP 1013(g), 1010.6, and CRC 2.251.

[X]    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

       Executed on August 14, 2018 at Newport Beach, California.

                        Courtney Derner

# EXHIBIT C

Electronically FILED by Superior Court of California, County of Los Angeles on 05/02/2019 03:27 PM Sherri R. Carter, Executive Officer/Clerk of Court, by V. Delgadillo,Deputy Clerk

MARC S. HINES (SBN 140065)
mhines@hineshamptonllp.com
BRIAN PELANDA (SBN 278453)
bpelanda@hineshamptonllp.com
**HINES HAMPTON LLP**
34 Executive Park, Suite 260
Irvine, California 92614
Tel.:   (714) 513-1122
Fax:    (714) 242-9529

Attorneys for Defendant AMCO Insurance Company

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| PETER KIM, an individual; and HELEN KIM, an individual, | **Case No.:**  19STCV12211 |
| Plaintiffs, | |
| vs. | **AMCO INSURANCE COMPANY'S ANSWER TO PLAINTIFFS' COMPLAINT AND DEMAND FOR TRIAL BY JURY** |
| AMCO INSURANCE COMPANY; an Iowa corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Defendant AMCO Insurance Company ("AMCO") answers Plaintiffs' unverified Complaint, and alleges affirmative defenses as follows:

### <u>GENERAL DENIAL</u>

1.      Pursuant to the provisions of <u>Code of Civil Procedure</u> § 431.30, AMCO denies, generally and specifically, each and every allegation contained in each cause of action of the Complaint and further denies that Plaintiffs were damaged in the sums alleged, or in any other manner, or in any sum whatsoever.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### [The "Owned Property" Exclusion]

2.    Plaintiffs' claims are barred in whole or in part because the Liability Claim and the Liability Action are excluded from coverage under the insurance policy that AMCO issued to Plaintiffs based on the "owned property" exclusion in the policy, which states:  "We do not pay for property damage to property owned by, occupied by, rented to, used by, or in the care, custody or control of an Insured."

3.    Plaintiffs owned the property at issue in the complaint before Alan Jackson and Lisa Kassabian purchased it from them in November 2017.

### SECOND AFFIRMATIVE DEFENSE

### [The "Professional Service" Exclusion]

4.    Plaintiffs' claims are barred in whole or in part because the Liability Claim and the Liability Action are excluded from coverage under the insurance policy that AMCO issued to Plaintiffs based on the "professional services" exclusion in the policy, which states:  "We do not pay for bodily injury or property damage that arises out of the rendering of or the failing to render a professional service."

5.    The property damage at issue in the Liability Claim and in the Liability Action arose out of Plaintiffs' rendering and/or failure to render a professional service.

### THIRD AFFIRMATIVE DEFENSE

### [The "Business Activity" Exclusions]

6.    Plaintiffs' claims are barred in whole or in part because the Liability Claim and the Liability Action are excluded from coverage under the insurance policy that AMCO issued to Plaintiffs based on the "business activity" exclusion in the policy, which states:  "We do not pay for bodily injury or property damage that arises out of a business activity conducted on the insured premises."

2

7.    The property damage at issue in the Liability Claim and in the Liability Action arose out of a business activity conducted by Plaintiffs on the insured premises.

### <u>FOURTH AFFIRMATIVE DEFENSE</u>

### [Contractual Suit Limitation Provision]

8.    Plaintiffs' claims are barred in whole or in part because Plaintiffs did not timely file this suit.

9.    The insurance policy that AMCO issued to Plaintiffs includes a contractual suit limitation provision that states as follows:

**Suit Against Us.**  No Action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss.

10.    Plaintiffs were aware of the property damage at issue in their Complaint as of November 2017.

11.    Plaintiffs did not bring this suit against AMCO until April 9, 2019.

12.    Thus, Plaintiffs did not bring this suit against AMCO within the one-year suit limitation period set forth in the policy.

13.    As a result of the forgoing, Plaintiffs are barred from asserting any of the claims set forth in their Complaint against AMCO.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    WHEREFORE, AMCO prays for judgment as follows:

2    1.    That Plaintiffs take nothing by way of their Complaint;

3    2.    That the Court enter judgment for AMCO;

4    3.    For costs incurred in defense of this action; and

5    4.    For such other and further relief as the Court may deem proper.

6

7    Dated:  May 2, 2019                    **HINES HAMPTON LLP**

8

9                                        By:    _____

10                                               Marc S. Hines

11                                               Brian Pelanda
                                                 Attorneys for Defendant

12                                               AMCO INSURANCE COMPANY

13

14                              **<u>DEMAND FOR JURY TRIAL</u>**

15

16        PLEASE TAKE NOTICE that AMCO hereby demands a trial by jury.

17

18    Dated:  May 2, 2019                    **HINES HAMPTON LLP**

19

20                                        By:    _____

21                                               Marc S. Hines
                                                 Brian Pelanda

22                                               Attorneys for Defendant
                                                 AMCO INSURANCE COMPANY

23

24

25

26

27

28

AMCO'S ANSWER TO THE COMPLAINT

## PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 34 Executive Park, Suite 260, Irvine, CA 92614.

On May 2, 2019, I served the foregoing document described as:

**AMCO INSURANCE COMPANY'S ANSWER TO PLAINTIFFS'
COMPLAINT AND DEMAND FOR TRIAL BY JURY**

By sending a copy thereof enclosed in a sealed envelope, addressed as follows:

> George Chuang, Esq.
> GEORGE CHUANG & ASSOCIATES, APC
> 898 N. Pacific Coast Highway, Suite 325
> El Segundo, California 90245
>
> **Attorney for Plaintiffs**

[X]   **BY MAIL:** I deposited such envelope(s) in the mail at Irvine, California.   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid the ordinary course of business.  I am aware that on motion of the party served, services is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 2, 2019 in Irvine, California.

_____
Brian Pelanda, Esq.

AMCO'S ANSWER TO THE COMPLAINT

# EXHIBIT D

CM-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
— Marc S. Hines [SBN 140065]
  Brian L. Pelanda [SBN 278453]
  Hines Hampton, LLP, 34 Executive Park, Suite 260, Irvine, California 92614
    TELEPHONE NO.: (714) 513-1122     FAX NO. *(Optional)*: (714) 242-9529
  E-MAIL ADDRESS *(Optional):* bpelanda@hineshamptonllp.com
  ATTORNEY FOR *(Name):* Defendant AMCO Insurance Company

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
  STREET ADDRESS: 111 North Hill Street
  MAILING ADDRESS: 111 North Hill Street
  CITY AND ZIP CODE: Los Angeles 90012
  BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER:  Shirley Gonsalves

DEFENDANT/RESPONDENT:  AMCO Insurance Company

| NOTICE OF STAY OF PROCEEDINGS | CASE NUMBER: 19STCV12211 |
|---|---|
|  | JUDGE: Hon. William Fahey |
|  | DEPT.: 69 |

**To the court and to all parties:**

1.  Declarant *(name):* Brian L. Pelanda

    a. [✓] is [ ] the party   [✓] the attorney for the party  who requested or caused the stay.

    b. [ ] is [ ] the plaintiff or petitioner [ ] the attorney for the plaintiff or petitioner. The party who requested the stay
       has not appeared in this case or is not subject to the jurisdiction of this court.

2.  This case is stayed as follows:

    a. [✓] With regard to all parties.

    b. [ ] With regard to the following parties *(specify by name and party designation):*

3.  Reason for the stay:

    a. [ ] Automatic stay caused by a filing in another court.  *(Attach a copy of the Notice of Commencement of Case, the
           bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number,
           debtor, and petitioners.)*

    b. [ ] Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

    c. [ ] Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing
           arbitration.)*

    d. [ ] Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the
           client's request for arbitration showing filing and service.)*

    e. [✓] Other:  AMCO Insurance Company removed this case to federal court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  May 3, 2019

Brian L. Pelanda                                    ▶        *Brian L. Pel*
_____                              _____
(TYPE OR PRINT NAME OF DECLARANT)                              (SIGNATURE)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CM-180  [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650
*www.courtinfo.ca.gov*

**Exhibit D**