George Chuang, Esq., State Bar No. 119614
gchuang@gclaw.net
**GC LAW**
898 N. Pacific Coast Hwy., Suite 450
El Segundo, California 90245
Telephone: (310) 414-8888
Facsimile: (310) 414-8890

Attorneys for Plaintiffs,
PETER KIM and HELEN KIM

MARC S. HINES (SBN 140065)
mhines@hineshamptonllp.com
BRIAN PELANDA (SBN 278453)
bpelanda@hineshamptonllp.com
**HINES HAMPTON LLP**
34 Executive Park, Suite 260
Irvine, California 92614
Tel.: (714) 513-1122
Fax: (714) 242-9529

Attorneys for Defendant,
AMCO Insurance Company

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KIM, and individual; and HELEN KIM, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19-CV-03856-R-SS<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

GOOD CAUSE APPEARING to dismiss all defendants pursuant to the stipulation filed by the parties pursuant to FRCP Rule 41(a)(1),

-1-

IT IS HEREBY ORDERED that Case No. 2:19-CV-03856-R-SS be dismissed, with prejudice, as to all defendants. Each party is to bear his, her or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: October 2, 2019

_____
United States District Court Judge